**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

IN THE MATTER OF:

Sandra J. May
debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

CHAPTER 13 CASE NO. 19-27812 JNP

CERTIFICATION TO WITHDRAW

I, Eric J Clayman, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. On October 1, 2019 our office filed a modified plan (docket # 17).

2. We respectfully request that this entry be withdrawn.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  10/02/2019            /s/ Eric J Clayman
                        By: Eric J Clayman, Esquire