Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                  Case No.:  19−27812−JNP
                  Chapter:  13
                  Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sandra J. May
    aka Sandra Joyce May, dba Shaybry
    Enterprises, LLC t/a Bounce U
    9 Brandywine Court
    Egg Harbor Township, NJ 08234

Social Security No.:
    xxx−xx−5789

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               12/18/19
Time:             09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 2, 2019
JAN: lgr

                                                      Jeanne Naughton
                                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Sandra J. May  
    Debtor

Case No. 19-27812-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Oct 02, 2019  
                  Form ID: 132     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.
```
db             +Sandra J. May,    9 Brandywine Court,    Egg Harbor Township, NJ  08234-4882
cr             +McCormick 105, LLC,    c/o Dembo, Brown & Burns LLP,     1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
cr             +McCormick 106, LLC,    c/o Dembo, Brown & Burns LLP,     1300 Route 73,   Suite 205,
                 Mount Laurel, NJ 08054-2200
518465771       American Express,    PO Box 1270,    Newark, NJ 07101-1270
518465770       American Express,    PO Box 981537,    El Paso, TX 79998-1537
518465772       Bacharach Institute Rehab,    61 West Jimmie Leeds Road,    PO Box 723,    Pomona, NJ 08240-0723
518465773       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518465776       Carowinds,    300 Carowinds Boulevard,    Charlotte, NC 28273
518465779      +Fedloan Servicing,    PO BOX 60610,    Harrisburg, PA 17106-0610
518465780       Infections Limited East, P.C.,    2106 New Road, Suite F1,    Linwood, NJ 08221-1053
518465782      +Jersey Shore Federal Credit Union,    Hamilton Mall,    4403 Black Horse Pike #2075,
                 Mays Landing, NJ 08330-3178
518465783       Labcorp Holdings,    PO Box 2240,    Burlington, NC 27216-2240
518465784      +Laurel J. Lawson, MSW,    2307 West Cone Blvd., #208,    Greensboro, NC 27408-4065
518465785      +McCormick 105, LLC,    JSDC Law Offices, Kimberly Bonner, Esq.,    11 East Chocolate Avenue,
                 Suite 300,    Hershey, PA 17033-1320
518465787      +McCormick 105, LLC,    PO Box 1611,    Cockeysville, MD 21030-7611
518465786      +McCormick 105, LLC,    c/o BSI Financial Services,    11350 McCormick Road, Suite 902,
                 Hunt Valley, MD 21031-1002
518465789      +McCormick 106, LLC,    c/o Dembo, Brown & Burns,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
518465788      +McCormick 106, LLC,    11350 McCormick Road, Suite 902,    Hunt Valley, MD 21031-1002
518465790       PNC Bank, N.A.,    PO Box 5570,    Cleveland, OH 44101-0570
518477087      +PNC Bank, National Association,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518465791      +Precision Oral Surgery, LLC,    Dental Specialty Ctr of Willingboro,
                 215 Sunset Road, Suite 308,    Willingboro, NJ 08046-1108
518465792      +Samuel Krantz, Esquire,    450 Bay Avenue,    Somers Point, NJ 08244-2656
518465794       Shore Medical Center,    PO Box 42972,    Philadelphia, PA 19101-2972
518465793      +Shore Medical Center,    c/o Nationwide Recovery Service,    545 West Inman Street,
                 Cleveland, TN 37311-1768
518465795       State of New Jersey,    Division of Taxation,    Federal/NJ State Offset Program,    PO Box 283,
                 Trenton, NJ 08646-0283
518465797      +Utilities Employees FCU,    PO Box 14864,    11 Meridian Boulevard,    Reading, PA 19610-3200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2019 22:18:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2019 22:18:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518465775       E-mail/Text: csd1clientservices@cboflanc.com Oct 02 2019 22:19:03
                 Bayfront Emergency Physicians,    c/o Credit Bureau of Lancaster County,    PO Box 1271,
                 Lancaster, PA 17608-1271
518465774       E-mail/Text: bankruptcydepartment@tsico.com Oct 02 2019 22:19:04
                 Bayfront Emergency Physicians,    c/o Transworld Systems, Inc.,    PO Box 15520,
                 Wilmington, DE 19850-5520
518465777      +E-mail/Text: megan.harper@phila.gov Oct 02 2019 22:19:02      City of Philadelphia,
                 Department of Revenue,    1401 John F. Kennedy Boulevard,    Philadelphia, PA 19102-1697
518465778       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2019 22:18:53      Comenity Bank/Lane Bryant,
                 PO Box 659728,    San Antonio, TX 78265-9728
518465781       E-mail/Text: cio.bncmail@irs.gov Oct 02 2019 22:18:50      IRS,   Department of the Treasury,
                 Cincinnati, OH 45999-0025
518465796       E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2019 22:28:40      Syncb/Amazon PLCC,
                 PO Box 965015,    Orlando, FL 32896-5015
518468245      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2019 22:27:55      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 02, 2019
                              Form ID: 132             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
          Eric   Clayman    on behalf of Debtor Sandra J. May jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   PNC Bank, National Association
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kyle Francis Eingorn    on behalf of Creditor    McCormick 106, LLC keingorn@dbblegal.com
          Kyle Francis Eingorn    on behalf of Creditor    McCormick 105, LLC keingorn@dbblegal.com
          Michael E. Brown    on behalf of Creditor    McCormick 106, LLC mbrown@dbblegal.com
          Michael E. Brown    on behalf of Creditor    McCormick 105, LLC mbrown@dbblegal.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 8
```