LAW OFFICE OF
# FRANK J. MARTONE, P.C.
A PROFESSIONAL CORPORATION
**1455 BROAD STREET**
**BLOOMFIELD, NJ 07003**

---

| | | |
|---|---|---|
| **FRANK J. MARTONE** ◆ <br> **DENNIS P. UHLMANN, JR** * <br> **CHRISTIAN DEL TORO** <br> ◆Also Admitted in Illinois <br> *Also Admitted in New York | **973.473.3000** <br><br> WWW.MARTONELAW.COM | GENERAL FACSIMILE <br> 973.473.3243 <br> REAL ESTATE FACSIMILE <br> 973.473.7402 <br> FIRM@MARTONELAW.COM |

November 12, 2019

VIA Email/ECF

Hon. Jerrold N. Poslusny, Jr.
Mitchell H. Cohen, U.S. Federal Courthouse
400 Cooper Street
4th Floor
Camden, NJ 08101

Re:    Withdrawal of Objection to Confirmation
       Bankruptcy Case number: 19-27812-JNP

Dear Hon. J. Poslusny:

I represent PNC Bank with reference to the above captioned matter. I would like to withdraw the Objection to Confirmation filed on October 30, 2019, on the docket as numbers 29. The objection was filed in the incorrect bankruptcy case. I apologize for any inconvenience this may have caused. The objection has been filed in the correct case.

If there are any questions you can contact my office at 973-473-3000.

Thank you for your attention.

Very truly yours,
FRANK J. MARTONE, P.C.

Christian Del Toro, Esq.


CC: Email: Eric Clayman   JENKINS.CLAYMAN@VERIZON.NET
           Isabel C. Balboa