Order Filed on November 15, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>DEMBO, BROWN & BURNS LLP<br>BY: KYLE F. EINGORN, ESQ.<br>1300 ROUTE 73<br>SUITE 205<br>MT. LAUREL, NJ 08054<br>(856) 354-8866<br>KEINGORN@DBBLEGAL.COM<br>ATTORNEYS FOR<br>MCCORMICK 105, LLC |
| In re:<br><br>SANDRA J. MAY,<br><br>       Debtor. |

Chapter 13
Case No. 19-27812-JNP
The Honorable Jerrold N. Poslusny, U.S.B.J.

## ORDER

The relief set forth on the following pages is hereby ORDERED.

**DATED: November 15, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on Motion of McCormick 105, LLC (the "Lender") seeking the immediate turnover of any and all rents and profits from the property located at 590 Livezey Street, Philadelphia, Pennsylvania (the "Property") and the Court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The Debtor and/or the Tenant(s) are required to immediately turnover to the Lender any and all Post-Petition rental amounts from the Property that have not already been paid to the Lender for the Months of October 2019 and November 2019.

3. On or before December 1, 2019 and continuing each month thereafter, the Tenant(s) presently residing in the Property is/are required to immediately pay any and all rental amounts due and owing directly to the Lender.

4. Within seven (7) days following the entry of the Order, the Debtor is to provide the Lender with a copy of any and all leases with respect to the Property as well as an accounting of any and all rental amounts received from the Tenant for the year calendar year 2019 prior to the Petition Date.

5. The Lender shall serve a copy of this order on the Debtor, Debtor's counsel, the Trustee and the Tenant(s) presently located on the property and any other party who entered an appearance on this Motion.