| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> DEMBO, BROWN & BURNS LLP <br> BY: KYLE F. EINGORN, ESQ. <br> 1300 ROUTE 73 <br> SUITE 205 <br> MT. LAUREL, NJ 08054 <br> (856) 354-8866 <br> KEINGORN@DBBLEGAL.COM <br> ATTORNEYS FOR <br> MCCORMICK 105, LLC |
| In re: <br><br> SANDRA J. MAY, <br><br>       Debtor. |

Order Filed on November 15, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

Chapter 13
Case No. 19-27812-JNP
The Honorable Jerrold N. Poslusny, U.S.B.J.

## ORDER

The relief set forth on the following pages is hereby ORDERED.

**DATED: November 15, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on Motion of McCormick 105, LLC (the "Lender") seeking the immediate turnover of any and all rents and profits from the property located at 590 Livezey Street, Philadelphia, Pennsylvania (the "Property") and the Court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The Debtor and/or the Tenant(s) are required to immediately turnover to the Lender any and all Post-Petition rental amounts from the Property that have not already been paid to the Lender for the Months of October 2019 and November 2019.

3. On or before December 1, 2019 and continuing each month thereafter, the Tenant(s) presently residing in the Property is/are required to immediately pay any and all rental amounts due and owing directly to the Lender.

4. Within seven (7) days following the entry of the Order, the Debtor is to provide the Lender with a copy of any and all leases with respect to the Property as well as an accounting of any and all rental amounts received from the Tenant for the year calendar year 2019 prior to the Petition Date.

5. The Lender shall serve a copy of this order on the Debtor, Debtor's counsel, the Trustee and the Tenant(s) presently located on the property and any other party who entered an appearance on this Motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Sandra J. May  
     Debtor

Case No. 19-27812-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 15, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.  
db         +Sandra J. May,    9 Brandywine Court,    Egg Harbor Township, NJ 08234-4882

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:

        Christian Del Toro    on behalf of Creditor CONSUMER DEPARTMENT    PNC BANK, NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com  
        Christian Del Toro    on behalf of Creditor    PNC Bank, National Association cdeltoro@martonelaw.com, bky@martonelaw.com  
        Eric Clayman    on behalf of Debtor Sandra J. May jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Frank J Martone    on behalf of Creditor CONSUMER DEPARTMENT    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kyle Francis Eingorn    on behalf of Creditor    McCormick 106, LLC keingorn@dbblegal.com  
        Kyle Francis Eingorn    on behalf of Creditor    McCormick 105, LLC keingorn@dbblegal.com  
        Kyle Francis Eingorn    on behalf of Plaintiff    McCormick 106, LLC keingorn@dbblegal.com  
        Michael E. Brown    on behalf of Creditor    McCormick 105, LLC mbrown@dbblegal.com  
        Michael E. Brown    on behalf of Creditor    McCormick 106, LLC mbrown@dbblegal.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                     TOTAL: 13