UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
(856) 779-3362 FAX
Attorney for Creditor Jersey Shore Federal Credit Union

_____

| IN RE: | : CASE NUMBER: 19-27812-JNP |
|---|---|
|  | : |
| SANDRA J. MAY, | : |
|  | : CHAPTER 13 |
| Debtor. | : |
|  | : |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Jersey Shore Federal Credit Union. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Saldutti Law Group
Rebecca K. McDowell, Esq.
800 N. Kings Highway
Ste 300
Cherry Hill, New Jersey 08034
Email: rmcdowell@slgcollect.com

SALDUTTI LAW GROUP

*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated: November 27, 2019