UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Jenkins & Clayman**
Eric J Clayman
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorney for Debtor

In Re:

Sandra J. May

debtors

Case No.: _____19-27812_____

Judge: _____CMG_____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by ___McCormick 105, LLC___, creditor.

    A hearing has been scheduled for ___December 23, 2019___, at __10:00 a.m.__.

    ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____.

    I am requesting a hearing be scheduled in this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support of attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

Rather than try to save my Philadelphia property through the Chapter 13 process, I will sell the property within the next four months; by no later than April 30, 2020. I have received 3-4 verbal offers and a written offer to pay all the liens plus $10,000.00 for me. I will share this with all parties shortly (although I am inviting the other interested parties to make offers and this is why I would like until April 30, 2020). I will modify my plan accordingly.

3. I certify under penalty of perjury that the above is true.

Date: December 17, 2019      /s/ Sandra J. May
                              Debtor's Signature

Date:                          
                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*