DEMBO, BROWN & BURNS LLP
Kyle F. Eingorn, Esquire
1300 Route 73, Suite 205
Mount Laurel, NJ 08054
e-mail: keingorn@dbblegal.com
(856)354-8866
Attorney for Creditor, McCormick 105, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | CHAPTER 13 |
| SANDRA J. MAY, | Case No.: 19-27812-JNP |
| Debtor. | |

## **STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the Court that the matter

identified below has been:

□ Settled          ☒ Withdrawn

Matter: Creditor's Motion for Relief from the Automatic Stay filed by McCormick 105, LLC on

November 26, 2019 as Document No. 34.

DEMBO, BROWN & BURNS LLP
Counsel for McCormick 105, LLC

By: _____
Kyle F. Eingorn, Esquire

Dated:   January 6, 2020