| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** DENISE CARLON, ESQUIRE KML LAW GROUP, P.C. Sentry Office Plz 216 Haddon Ave. Suite 406 Westmont, NJ 08018 (215)627-1322 dcarlon@kmllawgroup.com Attorneys for Secured Creditor PNC Bank, National Association | **Order Filed on March 9, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re: Sandra J. May, Debtor. | Case No.:  19-27812 JNP Hearing Date:  3/4/2020 @ 9:00 a.m. Judge:  Jerrold N. Poslusny Jr. |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: March 9, 2020**

_____

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:              Sandra J. May
Case No.:           19-27812 JNP
Caption:            **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                    DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, holder of a mortgage on real property located at 590 Livezey Street, Philadelphia, PA 19128, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Eric Clayman, Esquire, attorney for Debtor, Sandra J. May, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor is to sell the property by June 30, 2020; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments in accordance with the note and mortgage to Secured Creditor while the sale is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee shall not make disbursements on Secured Creditor's claim while the sale is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to the pre-petition arrears or post-petition arrears that have or may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that in the event the Debtor fails to sell the subject property; Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that any payoff amount of Secured Creditor's claim is to be calculated under applicable state law, and per the terms of the note and mortgage; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-27812-JNP
Sandra J. May                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Mar 09, 2020
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db              +Sandra J. May,   9 Brandywine Court,   Egg Harbor Township, NJ 08234-4882

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
          Christian  Del Toro   on behalf of Creditor   PNC Bank, National Association
           cdeltoro@martonelaw.com,   bky@martonelaw.com
          Christian  Del Toro   on behalf of Creditor CONSUMER DEPARTMENT  PNC BANK, NATIONAL ASSOCIATION
           cdeltoro@martonelaw.com,   bky@martonelaw.com
          Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric  Clayman   on behalf of Defendant Sandra J. May jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Eric  Clayman   on behalf of Debtor Sandra J. May jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Frank J Martone   on behalf of Creditor CONSUMER DEPARTMENT  PNC BANK, NATIONAL ASSOCIATION
           bky@martonelaw.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Kevin Gordon McDonald   on behalf of Creditor   PNC Bank, National Association
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kyle Francis Eingorn   on behalf of Creditor   McCormick 105, LLC keingorn@dbblegal.com
          Kyle Francis Eingorn   on behalf of Plaintiff   McCormick 106, LLC keingorn@dbblegal.com
          Kyle Francis Eingorn   on behalf of Creditor   McCormick 106, LLC keingorn@dbblegal.com
          Michael E. Brown   on behalf of Creditor   McCormick 105, LLC mbrown@dbblegal.com
          Michael E. Brown   on behalf of Creditor   McCormick 106, LLC mbrown@dbblegal.com
          Rebecca K. McDowell   on behalf of Creditor   JERSEY SHORE FEDERAL CREDIT UNION
           rmcdowell@slgcollect.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                          TOTAL: 16