| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>DEMBO, BROWN & BURNS LLP<br>BY:  KYLE F. EINGORN, ESQUIRE<br>1300 ROUTE 73<br>SUITE 205<br>MT. LAUREL, NJ  08054<br>(856) 354-8866<br>KEINGORN@DBBLEGAL.COM<br>ATTORNEYS FOR MCCORMICK 105, LLC |
| In re:<br><br>SANDRA J. MAY,<br><br>        Debtor. |

Order Filed on May 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13
Case No. 19-27812-JNP
The Honorable Jerrold N. Poslusny, U.S.B.J.

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page is hereby ORDERED.

**DATED: May 21, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on Motion of McCormick 105, LLC (the "Lender") seeking relief from the automatic stay and the court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The automatic stay pursuant to Section 362(a) of the Bankruptcy Code is vacated to permit the Lender to pursue its rights as a secured creditor in the real property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Land and premises commonly known as 590 Livezey Street, Philadelphia, Pennsylvania 19128.**

**Parcel Number**
**21-3345816**

3. This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

4. The Lender shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-27812-JNP
Sandra J. May                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin               Page 1 of 1              Date Rcvd: May 21, 2020
                                Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db             +Sandra J. May,   9 Brandywine Court,   Egg Harbor Township, NJ 08234-4882

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
              Christian  Del Toro    on behalf of Creditor    PNC Bank, National Association
               cdeltoro@martonelaw.com,    bky@martonelaw.com
              Christian  Del Toro    on behalf of Creditor CONSUMER DEPARTMENT    PNC BANK, NATIONAL ASSOCIATION
               cdeltoro@martonelaw.com,    bky@martonelaw.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Defendant Sandra J. May jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric  Clayman    on behalf of Debtor Sandra J. May jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Frank J Martone    on behalf of Creditor CONSUMER DEPARTMENT    PNC BANK, NATIONAL ASSOCIATION
               bky@martonelaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kyle Francis Eingorn    on behalf of Creditor    McCormick 105, LLC keingorn@dbblegal.com
              Kyle Francis Eingorn    on behalf of Plaintiff    McCormick 106, LLC keingorn@dbblegal.com
              Kyle Francis Eingorn    on behalf of Creditor    McCormick 106, LLC keingorn@dbblegal.com
              Michael E. Brown    on behalf of Creditor    McCormick 105, LLC mbrown@dbblegal.com
              Michael E. Brown    on behalf of Creditor    McCormick 106, LLC mbrown@dbblegal.com
              Rebecca K. McDowell    on behalf of Creditor    JERSEY SHORE FEDERAL CREDIT UNION
               rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 16