**DEMBO, BROWN & BURNS LLP**
Kyle F. Eingorn, Esquire
1300 Route 73, Suite 205
Mount Laurel, NJ 08054
E-mail:  keingorn@dbblegal.com
(856)354-8866
Attorney for Creditor, McCormick 106, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>SANDRA J. MAY,<br><br>       Debtor. | CHAPTER 13<br><br>Case No.: 19-27812-JNP<br><br>Hearing Date: July 1, 2020<br><br>The Honorable Jerrold N. Poslusny, U.S.B.J. |

### OBJECTION OF McCORMICK 106, LLC TO CONFIRMATION
### OF DEBTORS' MODIFIED CHAPTER 13 PLAN

Secured Creditor, McCormick 106, LLC ("McCormick"), by and through its undersigned counsel, hereby submits the following Objections to the Confirmation of Debtor's Third Modified Chapter 13 Plan [Doc 61]:

### FACTUAL BACKGROUND

1.      On or about May 24, 2018, McCormick obtained judgment against the Debtor in the total amount of $59,973.31 for her intentional and willful acts of conversion and property damage (hereinafter, the "Judgment"). See Claim 6 at p. 5-7.

2.      On or about May 29, 2018, the Judgment was docketed as a statewide lien in the State of New Jersey and assigned judgment number J-086859-18. See Claim 6 at p. 4.

3.      As of the Petition Date, there remained the sum of $52,181.19 due and owing from the Debtor to McCormick under the Judgment.

4.      The Debtor's Schedule A [Doc 16 at p. 4] values the property located at 590 Livezey Street, Philadelphia, Pennsylvania (the "Rental Property") in the amount of $219,500.00.

5.      The Debtor's Schedule D [Doc 16 at p. 12-14] lists claims totaling $230,715.12, which encumber the Rental Property.

6.      The Debtor's Schedule A [Doc 16 at p. 3] further values the property located at 9 Brandywine Court, Egg Harbor Township, New Jersey (the "Residence") in the amount of $149,500.00.

7.      The Debtor's Schedule D [Doc 16 at p. 12-14] lists claims totaling $110,970.00, which encumber the Debtor's Residence.

8.      The Debtor has claimed exemptions in the Residence totaling $24,925.00. See Doc 16 at p. 10.

9.      The Debtor stated in her Schedule J, that she has disposable income in the amount of $681.00 per month [Doc 16 at p. 31].

10.     The Debtor's First Modified Plan [Doc 19] provided for monthly plan payments in the amount of $680.00 for a total plan disbursement in the amount of $40,800.00. Said Plan was also silent as to the Judgment and further provided for no distribution to unsecured creditors.

11.     On October 19, 2019, McCormick obtained a Comparative Market Analysis of the Rental Property, which demonstrates a value of $270,000.00. A true and correct copy of said valuation is attached hereto as Exhibit A.

12.     In addition, also on October 19, 2019, McCormick obtained a Broker's Price Opinion of the Residence, which demonstrates a value of $173,500.00. A true and correct copy of said valuation is attached hereto as Exhibit B.

13.     On or about October 18, 2019, McCormick filed an Adversary Complaint to declare the Judgment to be non-dischargeable [Doc 26].

14.     On or about October 23, 2019, McCormick filed its Objection to the Confirmation of the Debtor's First Modified Plan [Doc 28], which addressed many of the same issues outlined herein and which the Debtor has failed to address and/or overcome. This includes the Debtor's undervaluation of her assets, her inability to pay McCormick's secured claim and her failure to propose a plan that pays unsecured creditors the liquidation value of the estate.

15.     On or about December 4, 2019, the Judgment was declared nondischargeable. See Doc 7 under Adv.Pro.No.19-2189-JNP.

16.     On or about December 17, 2019, the Debtor filed a Modified Plan [Doc 37], which, despite McCormick's previously filed Objection, was again completely silent as to the Judgment, McCormick's secured position in the Debtor's residence and/or the other issues raised in McCormick's Objection.

17.     On or about March 9, 2020, this Court denied the Debtor's motion to vacate the Order determining the nondischargeability of McCormick's Judgment. See Doc 12 under Adv.Pro.No. 19-2189-JNP.

18.     On or about March 4, 2020, the parties appeared in Court for the scheduled confirmation hearing. At that time the Debtor still had not addressed the objections of McCormick. At that time, McCormick agreed to adjourn the confirmation hearing to May 6, 2020 on the basis that said hearing would be peremptory and Debtor would amend her schedules and modify the plan to address the issues raised by the Chapter 13 Trustee and McCormick.

19.     Despite having been given an additional two (2) months to file her amended schedules and modified plan, the day before the confirmation hearing, on or about May 5, 2020,

the Debtor filed Amended Schedules I and J [Doc 54], wherein she indicated that she has

$706.00 in disposable income, an increase from the $681.00 previously reported.

20.     In addition, also on or about May 5, 2020, the Debtor filed a Second Modified

Plan [Doc 55], which, despite McCormick's previously filed Objection, was again completely

silent as to the Judgment, McCormick's secured position in the Debtor's residence, and the other

issues raised in McCormick's Objection (valuation and the §1325(a)(4) requirement).

21.     On or about May 6, 2020, the Court conducted the "peremptory" confirmation

hearing via telephone. Despite having had approximately seven (7) months to address

McCormick's Objections and despite having been given a two (2) month adjournment to

specifically address the Objections, the Debtor was still unprepared to address McCormick's

objection, the nondischargeable judgment, McCormick's secured claim, the valuation issues

and/or the §1325(a)(4) requirement.

22.     In spite of the Debtor's complete lack of diligence and the continued prejudice to

McCormick (from whom the Debtor stole) the Debtor was afforded another two (2) weeks to file

yet another modified plan and confirmation was adjourned to July 1, 2020.

23.     On or about May 18, 2020, the Debtor filed her Third Modified Plan [Doc 61]

(the "Current Plan").

24.     The Current Plan provides for payments of $680.00 per month for sixty (60)

months [Id.] totaling $40,800.00.

25.     The Current Plan proposes to pay counsel fees of $4,065.00, IRS claim of

$16,937.00, arrears to Utility Employees FCU in the amount of $9,783.00. Id.

26.     The Current Plan also proposes a zero percent (0%) distribution to unsecured

creditors. Id.

27.    The Current Plan also proposes a cram down of McCormick's Judgment by avoiding the sum of $14,921.32, which is based upon the Debtor's valuation of the Residence in the amount of $149,500.00. Id. It bears noting, in the spirit of intellectual honesty that, based upon the Debtor's numbers, the $14,921.32 is actually the proposed amount to be retained as a lien and the proposed cram down amount is actually $37,259.86.

28.    In addition, the Debtor indicates in Section 9 of the Current Plan that the plan was modified, in part, to "pay non-exempt equity to McCormick 106, LLC." Id.

29.    Thereafter, on or about June 4, 2020, the Debtor again amended her Schedules I and J [Doc 66].

30.    As set forth therein, the Debtor now claims she has $731.00 in monthly disposable income. Id. at p. 4.

## LEGAL ARGUMENT

31.    The Lender objects to confirmation of the Debtor's Current Plan on multiple grounds.

32.    First, McCormick objects to the Debtor's Current Plan as it simply not feasible.

33.    Based upon the Debtor's valuation, there is no dispute that McCormick's Judgment is admittedly secured up to the amount of $14,921.32.

34.    However, based upon the Debtor's disposable income and the obligations set forth in the Current Plan, the Debtor does not have the ability to pay McCormick's secured claim through the Plan.

35.    To that end, the Debtor's Schedule J [Doc 66] states that the Debtor has $731.00 per month in disposable income (as opposed to the lesser $680.00 per month she proposes to pay through the Current Plan), which over sixty (60) months would total $43,860.00.

36.    Presuming a ten percent (10%) Trustee's commission ($4,386.00) and thereafter reducing the remaining disposable income ($39,474.00) by the counsel fees of $4,065.00, IRS claim of $16,937.00, arrears to Utility Employees FCU in the amount of $9,783.00, there remains the sum of $8,689.00 to pay towards McCormick's secured claim (by Debtor's calculation $14,921.32).

37.    Therefore, even using the Debtor's lower valuation, the Debtor's Current Plan is not feasible as the Debtor is required to pay McCormick $14,921.32 but only has the sum of $8,689.00 for that purpose. [1]

38.    Additionally, the Debtor provides no support for her valuation of the Residence, which is likely because she has woefully undervalued same at $149,500.00.

39.    To that end, based upon McCormick's valuation ($173,500.00), www.zillow.com ($187,970.00) [See Exhibit C hereto], and www.realtor.com ($172,200.00) [See Exhibit D hereto], there is far more equity in the Residence than the Debtor is willing to admit.

40.    However, again, even assuming for purposes of this argument, that the Debtor's valuation is correct, she still lacks the financial ability to make the required payments.

41.    Accordingly, the Debtor's Current Plan violates 11 U.S.C. §1325(a)(6), which requires that "the debtor will be able to make all payments under the plan and to comply with the plan." Accordingly, the Debtor's Current Plan cannot be confirmed as it is not feasible.

42.    In addition, the Debtor's Current Plan violates 11 U.S.C. §1325(a)(4). Pursuant to §1352(a)(4), the Debtor is required to pay to unsecured claimants the amount that would be paid through a Chapter 7 liquidation.

---

[1] It bears noting that based upon the Current Plan, which proposes a $680.00 per month payment, the amount paid to McCormick would be $5,935.00, which is also less than the $14,921.32 required.

43.    Here, even assuming a ten percent (10%) cost of sale for the Rental Property, there would remain distributable equity in the amount of $13,343.47 to unsecured creditors from the sale of the Rental Property, as follows:

| | |
|---|---|
| Property Value | $270,000.00 |
| Costs of sale | $ 27,000.00 |
| 1st Mortgage | $113,462.65 |
| 2nd Mortgage | $ 19,252.47 |
| 3rd Mortgage | $ 96,941.41 |
| Total Equity | $ 13,343.47 |

44.    Despite the equity in the Rental Property[2] (as well as undervalued personal property) the Debtor proposes no distribution to unsecured creditors in violation of §1325(a)(4). As such the Debtor's Current Plan is unconfirmable.

45.    In this regard, the Plan not only violates §1325(a)(4), but in the event that the Debtor must pay the equity to unsecured creditors, the Debtor (as described above) does not have sufficient disposable income available to make those payments (in fact, she does not have sufficient disposable income to support the Current Plan, as demonstrated above). As such, the Debtor cannot confirm a plan of reorganization as she does not have sufficient disposable income to fund same.

46.    Accordingly, the Court must deny confirmation of the Debtor's Current Plan, as the Current Plan is not feasible, as it violates prevailing bankruptcy law, and as the Debtor does not have the disposable income necessary to propose a confirmable plan of reorganization.

---

[2] The Debtor has also undervalued personal property, a basic google search for used Smith and Wesson 357 handguns shows that such firearms sell between $700.00 and $950.00, as opposed to the $200.00 valuation in Debtor's Schedule A [Doc 16 at p. 5]. See Exhibit E attached hereto. The Debtor's attempt to undervalue her assets undermines the veracity of her Petition and Schedules, which she signed under the penalty of perjury.

WHEREFORE, McCormick 106, LLC respectfully request that confirmation of Debtor's Third Modified Chapter 13 Plan of Reorganization be denied.

Respectfully submitted,
**DEMBO, BROWN & BURNS LLP**
Attorneys for McCormick 106, LLC

By:   */s/Kyle F. Eingorn*
Kyle F. Eingorn, Esquire

Dated: June 17, 2020

# EXHIBIT "A"

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| Address | 590 Livezey St, Philadelphia, PA 19128 | Order ID | 6378575 | Property ID | 27424732 |
| Inspection Date | 10/19/2019 | Date of Report | 10/20/2019 | |
| Loan Number | 1405059585 | APN | 213345816 | |
| Borrower Name | MAY, SANDRA | County | Philadelphia | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| Order Tracking ID | 590 Livezey St | Tracking ID 1 | 590 Livezey St |
| Tracking ID 2 | -- | Tracking ID 3 | -- |

## General Conditions

| | | |
|---|---|---|
| Owner | MAY, SANDRA | |
| R. E. Taxes | $3,229 | **Condition Comments** |
| Assessed Value | $230,700 | The subject conforms to the neighborhood in style, age and |
| Zoning Classification | RSA3 | condition. Home and landscaping seem to have been maintained |
| Property Type | Multifamily | on an average basis; no deferred maintenance or adverse |
| Occupancy | Occupied | conditions noted |
| Ownership Type | Fee Simple | |
| Property Condition | Average | |
| Estimated Exterior Repair Cost | $0 | |
| Estimated Interior Repair Cost | $0 | |
| Total Estimated Repair | $0 | |
| HOA | No | |
| Visible From Street | Visible | |
| Road Type | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| Location Type | Urban | |
| Local Economy | Stable | **Neighborhood Comments** |
| Sales Prices in this Neighborhood | Low: $171,666 | Subject is located in an established suburban neighborhood. The |
| | High: $465,000 | area is a mix of home styles with limited commercial uses in |
| Market for this type of property | Remained Stable for the past 6 | residential neighborhoods. Area homes often vary in size, style |
| | months. | and age but are typically in average or better condition and |
| Normal Marketing Days | <90 | maintained. The area market is stable with slow appreciation |

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

## Current Listings

| | Subject | Listing 1 | Listing 2 | Listing 3 ` |
|---|---|---|---|---|
| Street Address | 590 Livezey St | 245 Roxborough Ave | 166 W Salaignac St | 231 Parker Ave |
| City, State | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| Zip Code | 19128 | 19128 | 19128 | 19128 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. | -- | 1.27 ³ | 1.78 ¹ | 0.67 ¹ |
| Property Type | Multifamily | Multifamily | Multifamily | Multifamily |
| Original List Price $ | $ | $299,000 | $320,000 | $299,900 |
| List Price $ | -- | $265,000 | $320,000 | $299,900 |
| Original List Date | | 09/16/2019 | 10/15/2019 | 09/05/2019 |
| DOM · Cumulative DOM | -- · -- | 34 · 34 | 5 · 5 | 15 · 45 |
| Age (# of years) | 54 | 119 | 119 | 28 |
| Condition | Average | Average | Average | Average |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Location | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| View | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| Style/Design | 2 Stories Duplex | 2 Stories Duplex | 2 Stories Duplex | 2 Stories Duplex |
| # Units | 2 | 2 | 2 | 2 |
| Living Sq. Feet | 1,610 | 1,504 | 1,899 | 1,680 |
| Bdrm · Bths · ½ Bths | 4 · 2 | 3 · 2 | 4 · 2 | 4 · 2 |
| Total Room # | 10 | 7 | 8 | 8 |
| Garage (Style/Stalls) | None | None | None | Attached 2 Car(s) |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 0% | 0% | 0% | 0% |
| Basement Sq. Ft. | 805 | 752 | 950 | 840 |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | 0.06 acres | 0.05 acres | 0.03 acres | 0.1 acres |
| Other | None | None | None | None |

` Listing 3 is the most comparable listing to the subject.
¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

Listing 1   Similar to the subject in age, GLA, location, size and style. Central A/C, Cooling Fuel: Electric, Heating: Hot Water, Heating Fuel: Natural Gas, Hot Water: Natural Gas, Water Source: Public, Sewer: Public Sewer Inferior bedroom count

Listing 2   First floor one bedroom, living room, eat in kitchen, full basement, fenced yard. 2nd and 3rd floor bi level. Two bedroom, eat in kitchen with granite, cinnamon maple cabinets and stainless steel appliances, hardwood floors. Inferior bedroom count

Listing 3   each unit offers a sopacious living room, dining area and working kitchen with gas cooking, dishwasher, and abundance of cabinet space, a HVAC utility closet, hall bath, linen closet and 2 spacious bedrooms with ample closets. Superior garage count

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 [*] |
|---|---|---|---|---|
| Street Address | 590 Livezey St | 174 Grape St | 454 Leverington Ave | 5481 Quentin St |
| City, State | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| Zip Code | 19128 | 19127 | 19128 | 19128 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. | -- | 1.24 [1] | 0.71 [1] | 1.79 [1] |
| Property Type | Multifamily | Multifamily | Multifamily | Multifamily |
| Original List Price $ | -- | $299,000 | $285,000 | $289,900 |
| List Price $ | -- | $299,000 | $285,000 | $289,900 |
| Sale Price $ | -- | $262,000 | $275,000 | $300,000 |
| Type of Financing | -- | Conventional | Conventional | Conventional |
| Date of Sale | -- | 10/16/2019 | 06/21/2019 | 08/22/2019 |
| DOM · Cumulative DOM | -- · -- | 38 · 128 | 21 · 59 | 9 · 39 |
| Age (# of years) | 54 | 119 | 94 | 49 |
| Condition | Average | Average | Average | Average |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Location | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| View | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| Style/Design | 2 Stories Duplex | 2 Stories Duplex | 2 Stories Duplex | 2 Stories Duplex |
| # Units | 2 | 2 | 2 | 2 |
| Living Sq. Feet | 1,610 | 2,944 | 1,872 | 1,680 |
| Bdrm · Bths · ½ Bths | 4 · 2 | 6 · 3 | 2 · 2 | 4 · 2 |
| Total Room # | 10 | 12 | 7 | 7 |
| Garage (Style/Stalls) | None | None | None | Attached 2 Car(s) |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 0% | 0% | 0% | 0% |
| Basement Sq. Ft. | 805 | 1,472 | 936 | 840 |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | 0.06 acres | 0.03 acres | 0.05 acres | 0.05 acres |
| Other | None | None | None | None |
| Net Adjustment | -- | -$20,340 | -$5,500 | -$2,500 |
| Adjusted Price | -- | $241,660 | $269,500 | $297,500 |

[*] Sold 3 is the most comparable sale to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional
[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  One 4 bedroom, 2 Full Bathroom Unit and One (2) Bedroom Unit. Walking distance to Manayunk Main Street, Septa Bus Service and R6 Train Station. Adjusted for: bedrooms(-4000), bath(-3000), GLA(-13340)

**Sold 2**  The first floor unit boasts a spacious bedroom, living room, galley kitchen with dishwasher, full bathroom with a tub and a bonus room which can be used as an office. This unit is complete with a basement with a laundry area. The second floor unit is a desirable 1-bedroom apartment with an eat-in kitchen with 42" cabinets and granite countertops, a full bathroom, bedroom and a spacious living room. Adjusted for: bedrooms(-4000), concessions(-1500)

**Sold 3**  Duplex! 2 plus 2. Great investment opportunity. Located in desirable Roxborough on a beautiful tree lined street. Low maintenance. Desireable rental area. Harwood floors throughout. Separate Utilities. Laundry Center in basement. Each tenant has a garage and a private parking space. Both units consist of a large great room, modern kitchen, 2 Beds and a bath. Adjusted for: garage(-2500)

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | None | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | | Repaired Price |
|---|---|---|---|
| **Suggested List Price** | $279,900 | | $279,900 |
| **Sales Price** | $270,000 | | $270,000 |
| **30 Day Price** | $260,000 | | -- |

**Comments Regarding Pricing Strategy**

No deferred maintenance noted upon exterior inspection and property should be marketed in as- is condition. All comparables selected offer good overall similarities to the subject and are representative of both the subjects neighborhood and nearby competing neighborhoods of similar age, size and style homes offering similar buyer appeal. Subjects final value is based on both the active and sold comparables as this is a stable market. Subjects final value represents a value with normal marketing times and based on the most similar and proximate comps in this report. Search was expanded out to 2 miles, however, all comps are in the same subdivision(Manayunk/Roxborough ), as the subject. Subject compares best with comps S3 and L3, but all comps were considered for valuation purposes.

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**    The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

## Listing Photos

**245 ROXBOROUGH AVE**
Philadelphia, PA 19128



Front

**166 W SALAIGNAC ST**
Philadelphia, PA 19128



Front

**231 PARKER AVE**
Philadelphia, PA 19128



Front

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

---

## Sales Photos

 174 GRAPE ST
Philadelphia, PA 19127



Front

S2 454 LEVERINGTON AVE
Philadelphia, PA 19128



Front

S3 5481 QUENTIN ST
Philadelphia, PA 19128



Front

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

---

## ClearMaps Addendum

**Address**  590 Livezey St, Philadelphia, PA 19128
**Loan Number**  1405059585        **Suggested List**  $279,900        **Suggested Repaired**  $279,900        **Sale**  $270,000



| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ★ | Subject | 590 Livezey St, Philadelphia, PA | -- | Parcel Match |
| L1 | Listing 1 | 245 Roxborough Ave, Philadelphia, PA | 1.27 Miles ¹ | Parcel Match |
| L2 | Listing 2 | 166 W Salaignac St, Philadelphia, PA | 1.78 Miles ¹ | Parcel Match |
| L3 | Listing 3 | 231 Parker Ave, Philadelphia, PA | 0.67 Miles ¹ | Parcel Match |
| S1 | Sold 1 | 174 Grape St, Philadelphia, PA | 1.24 Miles ¹ | Parcel Match |
| S2 | Sold 2 | 454 Leverington Ave, Philadelphia, PA | 0.71 Miles ¹ | Parcel Match |
| S3 | Sold 3 | 5481 Quentin St, Philadelphia, PA | 1.79 Miles ¹ | Parcel Match |

¹ The Comparable 'Distance from Subject' value has been calculated by the Clear Capital system.
² The Comparable 'Distance from Subject' value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

---

Satellite Map Addendum

**Address**   ☆ 590 Livezey St, Philadelphia, PA 19128
**Loan Number**  1405059585     **Suggested List**  $279,900     **Suggested Repaired**  $279,900     Sale  $270,000



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ★ | Subject | 590 Livezey St, Philadelphia, PA | -- | Parcel Match |
| L1 | Listing 1 | 245 Roxborough Ave, Philadelphia, PA | 1.27 Miles [1] | Parcel Match |
| L2 | Listing 2 | 166 W Salaignac St, Philadelphia, PA | 1.78 Miles [1] | Parcel Match |
| L3 | Listing 3 | 231 Parker Ave, Philadelphia, PA | 0.67 Miles [1] | Parcel Match |
| S1 | Sold 1 | 174 Grape St, Philadelphia, PA | 1.24 Miles [1] | Parcel Match |
| S2 | Sold 2 | 454 Leverington Ave, Philadelphia, PA | 0.71 Miles [1] | Parcel Match |
| S3 | Sold 3 | 5481 Quentin St, Philadelphia, PA | 1.79 Miles [1] | Parcel Match |

[1] The Comparable 'Distance from Subject' value has been calculated by the Clear Capital system.
[2] The Comparable 'Distance from Subject' value has been provided by the Real Estate Professional

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

Addendum: Report Purpose

## Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions. | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

Addendum: Report Purpose - cont.

## Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
*** Customer Supplied Subject Information: TENANT OCCUPIED- DO NOT MAKE CONTACT ***

Instructions last updated: 7/17/2017
***If this property is found to be vacant land, please STOP WORKING immediately and call Clear Capital at 530-582-5011***
***Please include the APN and Tax ID in the body of the report.***

Purpose:
Please determine a market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific:

Please provide the HOA and tax information in the body of the report.

- HOA address, Name, and any dues that are required.
- Tax assessed values, required tax amounts

Customer Special Request:

1. Please try to accurately determine occupancy to the best of your ability from a drive-by inspection.
2. Please provide detailed comments for each comparable stating how it is inferior or superior to the subject.

Comparable Requirements:

1. Please use market comps from the same neighborhood, block or subdivision whenever possible.
2. Please only use REO comparables if the market is driven by REOs and they are comparable in characteristics and condition.
3. Please use comps that have closed in the past 3 months to show the current market conditions or comment in the report if this is not possible. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as neighborhood desirability, amenities, parks, schools, commercial or industrial influences, REO activity, traffic, board-up-homes, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report.
7. Please do not accept if you or your office has completed a report on this property

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

---

### Report Instructions - cont.

in the last months, are currently listing this property, or have any vested interest in the subject property.

8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to, data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.

9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

1. If the subject property is clearly vacant (e.g. boarded-up, broken windows, posted condemnation notices, etc) please make your best effort to photograph the sides, rear, and/or thru windows as long as it is safe for you to do so.
2. One current, original photo of the front of the SUBJECT
3. One ADDRESS VERIFICATION photo
4. One STREET SCENE photo looking down the street
5. Labeled MLS Sold & Listing Comp photos required; please comment if no MLS.

# DRIVE-BY CMA
by ClearCapital

**590 Livezey St**
Philadelphia, PA 19128-2451

**1405059585**
Loan Number

**$270,000**
As-Is Value

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Smoyer-Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 2424 E York St Philadelphia PA 19125 |
| **License Expiration** | 05/31/2020 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 6.99 miles | **Date Signed** | 10/20/2019 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

## Disclaimer

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# EXHIBIT "B"

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

N/A
Loan Number

**$173,500**
As-Is Value

Please Note: This report was completed with the following assumptions: Market Approach **Fair Market Price** , Marketing Time, **Typical**  Important additional information relating to this report, including use and restrictions, is contained in an attached addendum which is an integral part of this report.

| | | | |
|---|---|---|---|
| **Address** | 9 Brandywine Court, Egg Harbor Township, NJ 08234 | **Order ID** | 6378421    **Property ID**    27424888 |
| **Inspection Date** | 10/19/2019 | **Date of Report** | 10/19/2019 |
| **Loan Number** | N/A | **APN** | 08-01612-0000-00006 |
| **Borrower Name** | May, Sandra | **County** | Atlantic |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | Sandra May- Residence | **Tracking ID 1** | Sandra May- Residence |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | May Sandra |
| **R. E. Taxes** | $5,446 |
| **Assessed Value** | $169,600 |
| **Zoning Classification** | RG2 |
| **Property Type** | townhouse |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Average |
| **Estimated Exterior Repair Cost** | $0 |
| **Estimated Interior Repair Cost** | $0 |
| **Total Estimated Repair** | $0 |
| **HOA** | The Clusters |
| **Association Fees** | $35 / Month (Landscaping,Greenbelt) |
| **Visible From Street** | Visible |
| **Road Type** | Public |

**Condition Comments**

The subject appears to be in average condition with no visible damages to note. the home conforms to the other homes in the area.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Suburban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $39,700 High: $198,000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

The subject is located in The Clusters, a neighborhood of townhome and condo style homes. Currently, there are no active or sold listings in the last 12 months. Therefore, within a two mile radius, 9 are active; one short sale and one REO. In the last 12 months, within this same proximity, 33 of these style homes have sold; two short sales and 9 REO's.

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| Street Address | 9 Brandywine Court | 34 Jamestown Circle | 143 Dunlin Lane | 215 Tyrens Drive |
| City, State | Egg Harbor Township, NJ | Mays Landing, NJ | Pleasantville, NJ | Mays Landing, NJ |
| Zip Code | 08234 | 08330 | 08232 | 08330 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. | -- | 1.16 [1] | 7.36 [3] | 1.21 [1] |
| Property Type | Other | Other | Other | Other |
| Original List Price $ | $ | $179,900 | $179,000 | $199,900 |
| List Price $ | -- | $174,900 | $179,000 | $199,900 |
| Original List Date | | 04/19/2019 | 09/26/2019 | 09/05/2019 |
| DOM · Cumulative DOM | -- · -- | 25 · 183 | 23 · 23 | 26 · 44 |
| Age (# of years) | 18 | 16 | 7 | 16 |
| Condition | Average | Average | Average | Average |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Location | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| View | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| Style/Design | 2 Stories townhome | 2 Stories townhome | 2 Stories townhome | 2 Stories townhome |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 1,464 | 1,240 | 1,888 | 1,789 |
| Bdrm · Bths · ½ Bths | 3 · 2 · 1 | 3 · 2 · 1 | 3 · 2 · 2 | 3 · 2 · 1 |
| Total Room # | 6 | 9 | 9 | 8 |
| Garage (Style/Stalls) | Attached 1 Car | None | Attached 1 Car | Attached 1 Car |
| Basement (Yes/No) | No | No | No | No |
| Basement (% Fin) | 0% | 0% | 0% | 0% |
| Basement Sq. Ft. | -- | -- | -- | -- |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | .08 acres | 01 acres | .05 acres | .04 acres |
| Other | -- | -- | -- | -- |

* Listing 1 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.
**Listing 1**  used for GLA and style. This home is inferior in GLA and does not have a garage.
**Listing 2**  used for style and GLA. this home is superior in GLA.
**Listing 3**  used for age, style and GLA. this home is superior in GLA.

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

## Recent Sales

| | Subject | Sold 1 ' | Sold 2 | Sold 3 |
|---|---|---|---|---|
| Street Address | 9 Brandywine Court | 183 Tyrens | 147 Tyrens Drive | 4 Meadow Circle |
| City, State | Egg Harbor Township, NJ | Mays Landing, NJ | Mays Landing, NJ | Mays Landing, NJ |
| Zip Code | 08234 | 08330 | 08330 | 08330 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. | -- | 1.22 ¹ | 1.18 ¹ | 1.66 ¹ |
| Property Type | Other | Other | Other | Other |
| Original List Price $ | -- | $190,000 | $197,500 | $194,900 |
| List Price $ | -- | $190,000 | $197,500 | $194,900 |
| Sale Price $ | -- | $180,000 | $197,500 | $198,000 |
| Type of Financing | -- | Va | Conventional | Fha |
| Date of Sale | -- | 11/01/2018 | 05/15/2019 | 04/26/2019 |
| DOM · Cumulative DOM | -- · -- | 25 · 73 | 145 · 185 | 1 · 57 |
| Age (# of years) | 18 | 15 | 15 | 12 |
| Condition | Average | Good | Average | Average |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Location | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| View | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| Style/Design | 2 Stories townhome | 2 Stories townhome | 2 Stories townhome | 2 Stories townhome |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 1,464 | 1,632 | 1,893 | 1,705 |
| Bdrm · Bths · ½ Bths | 3 · 2 · 1 | 3 · 2 · 1 | 3 · 3 · 1 | 3 · 2 · 1 |
| Total Room # | 6 | 8 | 8 | 8 |
| Garage (Style/Stalls) | Attached 1 Car | Attached 1 Car | Attached 1 Car | Attached 1 Car |
| Basement (Yes/No) | No | No | No | No |
| Basement (% Fin) | 0% | 0% | 0% | 0% |
| Basement Sq. Ft. | | -- | -- | -- |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | .08 acres | .04 acres | .01 acres | .01 acres |
| Other | -- | -- | -- | |
| Net Adjustment | -- | -$6,680 | -$4,290 | -$2,410 |
| Adjusted Price | -- | $173,320 | $193,210 | $195,590 |

' Sold 1 is the most comparable sale to the subject.
¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1** used for age, style and GLA. this home is inferior in condition and GLA. adjustments: -5k for condition and -1680 for GLA at $10/sf.

**Sold 2** used for age, GLA and style. this home is superior in GLA. adjustments: -4920 for GLA at $10/sf.

**Sold 3** used for age, style and GLA. this home is superior in GLA. adjustments: -2410 for GLA at $10/sf.

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

## Subject Sales & Listing History

| | |
|---|---|
| **Current Listing Status** | Not Currently Listed |
| **Listing Agency/Firm** | |
| **Listing Agent Name** | |
| **Listing Agent Phone** | |
| **# of Removed Listings in Previous 12 Months** | 0 |
| **# of Sales in Previous 12 Months** | 0 |

**Listing History Comments**

the subject last sold on 2/18/2006 for 185k

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $176,000 | $176,000 |
| **Sales Price** | $173,500 | $173,500 |
| **30 Day Price** | $169,000 | -- |

**Comments Regarding Pricing Strategy**

Due to no homes selling in this neighborhood since 2013 and no active or pending comps at this time, comps were selected from the nearest comparable neighborhoods. Room totals were estimated off of GLA. I chose sold comp one as the base for my price. even though this home had the most amount of adjustments and was the first to close of all the comps, I feel that the amenities in the comparable neighborhood used are more enticing. They have a pool and tennis court. This also puts the subject in line with what is currently active and comparable.

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

## Subject Photos



Front



Address Verification



Street



Street

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

---

## Listing Photos

34 Jamestown Circle
Mays Landing, NJ 08330



Front

143 Dunlin Lane
Pleasantville, NJ 08232



Front

215 Tyrens Drive
Mays Landing, NJ 08330



Front

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

## Sales Photos



S1  183 Tyrens
Mays Landing, NJ 08330



Front

S2  147 Tyrens Drive
Mays Landing, NJ 08330



Front

S3  4 Meadow Circle
Mays Landing, NJ 08330



Front

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

---

## ClearMaps Addendum

**Address**  ☆ 9 Brandywine Court, Egg Harbor Township, NJ 08234
**Loan Number**  N/A

**Suggested List**  $176,000          **Suggested Repaired**  $176,000          **Sale**  $173,500



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ☆ | Subject | 9 Brandywine Ct, Egg Harbor Township, NJ | -- | Parcel Match |
| L1 | Listing 1 | 34 Jamestown Circle, Mays Landing, NJ | 1.16 Miles [1] | Parcel Match |
| L2 | Listing 2 | 143 Dunlin Lane, Egg Harbor Township, NJ | 7.36 Miles [1] | Parcel Match |
| L3 | Listing 3 | 215 Tyrens Drive, Mays Landing, NJ | 1.21 Miles [1] | Parcel Match |
| S1 | Sold 1 | 183 Tyrens, Mays Landing, NJ | 1.22 Miles [1] | Parcel Match |
| S2 | Sold 2 | 147 Tyrens Drive, Mays Landing, NJ | 1.18 Miles [1] | Parcel Match |
| S3 | Sold 3 | 4 Meadow Circle, Mays Landing, NJ | 1.66 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

---

## Satellite Map Addendum

| | |
|---|---|
| **Address** | ☆ 9 Brandywine Court, Egg Harbor Township, NJ 08234 |
| **Loan Number** | N/A |

**Suggested List** $176,000   **Suggested Repaired** $176,000   **Sale** $173,500



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ☆ Subject | 9 Brandywine Ct, Egg Harbor Township, NJ | -- | Parcel Match |
| L1 Listing 1 | 34 Jamestown Circle, Mays Landing, NJ | 1.16 Miles [1] | Parcel Match |
| L2 Listing 2 | 143 Dunlin Lane, Egg Harbor Township, NJ | 7.36 Miles [1] | Parcel Match |
| L3 Listing 3 | 215 Tyrens Drive, Mays Landing, NJ | 1.21 Miles [1] | Parcel Match |
| S1 Sold 1 | 183 Tyrens, Mays Landing, NJ | 1.22 Miles [1] | Parcel Match |
| S2 Sold 2 | 147 Tyrens Drive, Mays Landing, NJ | 1.18 Miles [1] | Parcel Match |
| S3 Sold 3 | 4 Meadow Circle, Mays Landing, NJ | 1.66 Miles [1] | Parcel Match |

[1] The Comparable 'Distance from Subject' value has been calculated by the Clear Capital system.
[2] The Comparable 'Distance from Subject' value has been provided by the Real Estate Professional.

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

Addendum: Report Purpose

## Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

Addendum: Report Purpose - cont.

## Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 7/17/2017
***If this property is found to be vacant land, please STOP WORKING immediately and call Clear Capital at 530-582-5011***
***Please include the APN and Tax ID in the body of the report.***

Purpose:
Please determine a market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific:

Please provide the HOA and tax information in the body of the report.

- HOA address, Name, and any dues that are required.
- Tax assessed values, required tax amounts

Customer Special Request:

1. Please try to accurately determine occupancy to the best of your ability from a drive-by inspection.
2. Please provide detailed comments for each comparable stating how it is inferior or superior to the subject.

Comparable Requirements:

1. Please use market comps from the same neighborhood, block or subdivision whenever possible.
2. Please only use REO comparables if the market is driven by REOs and they are comparable in characteristics and condition.
3. Please use comps that have closed in the past 3 months to show the current market conditions or comment in the report if this is not possible. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as neighborhood desirability, amenities, parks, schools, commercial or industrial influences, REO activity, traffic, board-up-homes, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report.
7. Please do not accept if you or your office has completed a report on this property in the last months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

## Report Instructions - cont.

not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

1. If the subject property is clearly vacant (e.g. boarded-up, broken windows, posted condemnation notices, etc) please make your best effort to photograph the sides, rear, and/or thru windows as long as it is safe for you to do so.
2. One current, original photo of the front of the SUBJECT
3. One ADDRESS VERIFICATION photo
4. One STREET SCENE photo looking down the street
5. Labeled MLS Sold & Listing Comp photos required; please comment if no MLS.

# DRIVE-BY BPO
by ClearCapital

**9 Brandywine Ct**
Egg Harbor Township, NJ 08234

**N/A**
Loan Number

**$173,500**
As-Is Value

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Jill Falcone | **Company/Brokerage** | Berkshire Hathaway Home Services |
| **License No** | 0564130 | **Address** | 620 Ashland Avenue Mays Landing NJ 08330 |
| **License Expiration** | 06/30/2021 | **License State** | NJ |
| **Phone** | 6092264707 | **Email** | jill.falcone@foxroach.com |
| **Broker Distance to Subject** | 4.87 miles | **Date Signed** | 10/19/2019 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

### Disclaimer

**This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

**EXHIBIT "C"**



# EXHIBIT "D"



**EXHIBIT "E"**



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DEMBO, BROWN & BURNS LLP
Kyle F. Eingorn, Esquire
1300 Route 73, Suite 205
Mount Laurel, New Jersey 08054
Email: keingorn@dbblegal.com
856-354-8866

| | |
|---|---|
| In Re: | Case No.: ___19-27812-JNP_____ |
| SANDRA J. MAY | Chapter: _____13_____ |
| | Adv. No.: _____ |
| | Hearing Date: __July 1, 2020_____ |
| | Judge: __Jerrold N. Poslusny, U.S.B.J__ |

## CERTIFICATION OF SERVICE

1. I, <u>Nicole A. Vogel</u>:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary for <u>Kyle F. Eingorn, Esquire</u>, who represents the <u>Creditor, McCormick 106, LLC</u> in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>6/18/2020</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **Objection of McCormick 106, LC to Confirmation of Debtors' Modified Chapter 13 Plan and Certificate of Service**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __6/18/2020__

_____
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sandra J. May<br>9 Brandywine Court<br>Egg Harbor Township, NJ 08234 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　　(as authorized by the court*) |
| Eric Clayman, Esquire<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Debtor's counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　　(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 080002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　　(as authorized by the court*) |
| Kevin G. McDonald, Esquire<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Counsel for PNC Bank | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>　　(as authorized by the court*) |