Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−27812−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra J. May
   aka Sandra Joyce May, dba Shaybry
   Enterprises, LLC t/a Bounce U
   9 Brandywine Court
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−5789

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 7/29/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                 September 2, 2020
Time:                09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 30, 2020
JAN: kaj

                                                                         Jeanne Naughton
                                                                         Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                         Case No. 19-27812-JNP
Sandra J. May                                                  Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Jul 30, 2020
                               Form ID: 185             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db             +Sandra J. May,    9 Brandywine Court,    Egg Harbor Township, NJ 08234-4882
cr             +CONSUMER DEPARTMENT PNC BANK, NATIONAL ASSOCIATION,     PO BOX 94982,    CLEVELAND, OH 44101-4982
cr             +JERSEY SHORE FEDERAL CREDIT UNION,    c/o Saldutti Law Group,
                 800 North Kings Highway Suite 300,    Cherry Hill, NJ 08034-1511
cr             +McCormick 105, LLC,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
cr             +McCormick 106, LLC,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
518465771       American Express,    PO Box 1270,    Newark, NJ 07101-1270
518465770       American Express,    PO Box 981537,    El Paso, TX 79998-1537
518511922       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518465772       Bacharach Institute Rehab,    61 West Jimmie Leeds Road,    PO Box 723,    Pomona, NJ 08240-0723
518465773       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518465776       Carowinds,    300 Carowinds Boulevard,    Charlotte, NC 28273
518465779      +Fedloan Servicing,    PO BOX 60610,    Harrisburg, PA 17106-0610
518465780       Infections Limited East, P.C.,    2106 New Road, Suite F1,    Linwood, NJ 08221-1053
518593796      +Jersey Shore Federal Credit Union,    c/o Saldutti Law Group,    800 Kings Highway N., Suite 300,
                 Cherry Hill, NJ 08034-1511
518465782      +Jersey Shore Federal Credit Union,    Hamilton Mall,    4403 Black Horse Pike #2075,
                 Mays Landing, NJ 08330-3178
518465783       Labcorp Holdings,    PO Box 2240,    Burlington, NC 27216-2240
518465784      +Laurel J. Lawson, MSW,    2307 West Cone Blvd., #208,    Greensboro, NC 27408-4065
518465785      +McCormick 105, LLC,    JSDC Law Offices, Kimberly Bonner, Esq.,    11 East Chocolate Avenue,
                 Suite 300,    Hershey, PA 17033-1320
518465787      +McCormick 105, LLC,    PO Box 1611,    Cockeysville, MD 21030-7611
518465786      +McCormick 105, LLC,    c/o BSI Financial Services,    11350 McCormick Road, Suite 902,
                 Hunt Valley, MD 21031-1002
518465789      +McCormick 106, LLC,    c/o Dembo, Brown & Burns,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
518465788      +McCormick 106, LLC,    11350 McCormick Road, Suite 902,    Hunt Valley, MD 21031-1002
518465790       PNC Bank, N.A.,    PO Box 5570,    Cleveland, OH 44101-0570
518477087      +PNC Bank, National Association,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518603578      +PNC Bank, National Association,    P.O. Box 94982,    Cleveland OH 44101-4982
518465791      +Precision Oral Surgery, LLC,    Dental Specialty Ctr of Willingboro,
                 215 Sunset Road, Suite 308,    Willingboro, NJ 08046-1108
518521772     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                 Trenton, NJ 08695-0272)
518465792     #+Samuel Krantz, Esquire,    450 Bay Avenue,    Somers Point, NJ 08244-2656
518465794       Shore Medical Center,    PO Box 42972,    Philadelphia, PA 19101-2972
518465793      +Shore Medical Center,    c/o Nationwide Recovery Service,    545 West Inman Street,
                 Cleveland, TN 37311-1768
518465795       State of New Jersey,    Division of Taxation,    Federal/NJ State Offset Program,    PO Box 283,
                 Trenton, NJ 08646-0283
518465797      +Utilities Employees FCU,    PO Box 14864,    11 Meridian Boulevard,    Reading, PA 19610-3200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2020 23:50:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2020 23:50:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518582374       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 23:57:04
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518465775       E-mail/Text: csd1clientservices@cboflanc.com Jul 30 2020 23:50:37
                 Bayfront Emergency Physicians,    c/o Credit Bureau of Lancaster County,    PO Box 1271,
                 Lancaster, PA 17608-1271
518465774       E-mail/Text: bankruptcydepartment@tsico.com Jul 30 2020 23:50:41
                 Bayfront Emergency Physicians,    c/o Transworld Systems, Inc.,    PO Box 15520,
                 Wilmington, DE 19850-5520
518465777      +E-mail/Text: megan.harper@phila.gov Jul 30 2020 23:50:34      City of Philadelphia,
                 Department of Revenue,    1401 John F. Kennedy Boulevard,    Philadelphia, PA 19102-1697
518465778       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 30 2020 23:49:55      Comenity Bank/Lane Bryant,
                 PO Box 659728,    San Antonio, TX 78265-9728
518465781       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 30 2020 23:49:44      IRS,
                 Department of the Treasury,    Cincinnati, OH 45999-0025
518568518       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 30 2020 23:50:23      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518581581       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 23:56:59
                 Portfolio Recovery Associates, LLC,    c/o Wyndham,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jul 30, 2020
                              Form ID: 185             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518576947         E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2020 23:50:08
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
518556742         E-mail/Text: paula.tilley@nrsagency.com Jul 30 2020 23:49:28      SHORE MEDICAL CENTER,
                  C/O NATIONWIDE RECOVERY SERVICE,    PO BOX 8005,    CLEVELAND, TN 37320-8005
518465796         E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 23:57:15      Syncb/Amazon PLCC,
                  PO Box 965015,   Orlando, FL 32896-5015
518468245        +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 23:57:15      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518515172*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
518503130*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia PA 19101-7346
518503131*       +Internal Revenue Service,    P.O. Box 7317,    Philadelphia PA 19101-7317
                                                                                        TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              Christian  Del Toro    on behalf of Creditor    PNC Bank, National Association
               cdeltoro@martonelaw.com,    bky@martonelaw.com
              Christian  Del Toro    on behalf of Creditor CONSUMER DEPARTMENT   PNC BANK, NATIONAL ASSOCIATION
               cdeltoro@martonelaw.com,    bky@martonelaw.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Defendant Sandra J. May jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric  Clayman    on behalf of Debtor Sandra J. May jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Frank J Martone    on behalf of Creditor CONSUMER DEPARTMENT   PNC BANK, NATIONAL ASSOCIATION
               bky@martonelaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kyle Francis Eingorn    on behalf of Creditor    McCormick 106, LLC keingorn@dbblegal.com
              Kyle Francis Eingorn    on behalf of Creditor    McCormick 105, LLC keingorn@dbblegal.com
              Kyle Francis Eingorn    on behalf of Plaintiff    McCormick 106, LLC keingorn@dbblegal.com
              Michael E. Brown    on behalf of Creditor    McCormick 106, LLC mbrown@dbblegal.com
              Michael E. Brown    on behalf of Creditor    McCormick 105, LLC mbrown@dbblegal.com
              Rebecca K. McDowell    on behalf of Creditor    JERSEY SHORE FEDERAL CREDIT UNION
               rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 16
```