Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19−27812−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sandra J. May
    aka Sandra Joyce May, dba Shaybry
    Enterprises, LLC t/a Bounce U
    9 Brandywine Court
    Egg Harbor Township, NJ 08234

Social Security No.:
    xxx−xx−5789

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 19, 2021.

Dated: March 19, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-27812-JNP

Sandra J. May                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                        Page 1 of 3

Date Rcvd: Mar 19, 2021                       Form ID: plncf13                                    Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra J. May, 9 Brandywine Court, Egg Harbor Township, NJ 08234-4882 |
| cr | + | CONSUMER DEPARTMENT PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101-4982 |
| cr | + | JERSEY SHORE FEDERAL CREDIT UNION, c/o Saldutti Law Group, 800 North Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |
| cr | + | McCormick 105, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| cr | + | McCormick 106, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 518465771 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518465770 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518511922 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465772 | | Bacharach Institute Rehab, 61 West Jimmie Leeds Road, PO Box 723, Pomona, NJ 08240-0723 |
| 518465773 | | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 518465776 | | Carowinds, 300 Carowinds Boulevard, Charlotte, NC 28273 |
| 518465779 | + | Fedloan Servicing, PO BOX 60610, Harrisburg, PA 17106-0610 |
| 518465780 | | Infections Limited East, P.C., 2106 New Road, Suite F1, Linwood, NJ 08221-1053 |
| 518593796 | + | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518465782 | + | Jersey Shore Federal Credit Union, Hamilton Mall, 4403 Black Horse Pike #2075, Mays Landing, NJ 08330-3178 |
| 518465783 | | Labcorp Holdings, PO Box 2240, Burlington, NC 27216-2240 |
| 518465784 | + | Laurel J. Lawson, MSW, 2307 West Cone Blvd., #208, Greensboro, NC 27408-4065 |
| 518465787 | + | McCormick 105, LLC, PO Box 1611, Cockeysville, MD 21030-7611 |
| 518465786 | + | McCormick 105, LLC, c/o BSI Financial Services, 11350 McCormick Road, Suite 902, Hunt Valley, MD 21031-1002 |
| 518465785 | + | McCormick 105, LLC, JSDC Law Offices, Kimberly Bonner, Esq., 11 East Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 518465789 | + | McCormick 106, LLC, c/o Dembo, Brown & Burns, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 518465788 | + | McCormick 106, LLC, 11350 McCormick Road, Suite 902, Hunt Valley, MD 21031-1002 |
| 518477087 | + | PNC Bank, National Association, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518465791 | + | Precision Oral Surgery, LLC, Dental Specialty Ctr of Willingboro, 215 Sunset Road, Suite 308, Willingboro, NJ 08046-1108 |
| 518521772 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518465792 | + | Samuel Krantz, Esquire, 450 Bay Avenue, Somers Point, NJ 08244-2656 |
| 518465793 | + | Shore Medical Center, c/o Nationwide Recovery Service, 545 West Inman Street, Cleveland, TN 37311-1768 |
| 518465794 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 518465795 | | State of New Jersey, Division of Taxation, Federal/NJ State Offset Program, PO Box 283, Trenton, NJ 08646-0283 |
| 518465797 | + | Utilities Employees FCU, PO Box 14864, 11 Meridian Boulevard, Reading, PA 19610-3200 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2021 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2021 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518582374 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 23:39:13 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| 518465775 | Email/Text: csd1clientservices@cboflanc.com | | |
| | | Mar 19 2021 21:14:00 | Bayfront Emergency Physicians, c/o Credit Bureau of Lancaster County, PO Box 1271, Lancaster, PA 17608-1271 |
| 518465774 | Email/Text: bankruptcydepartment@tsico.com | | |
| | | Mar 19 2021 21:15:00 | Bayfront Emergency Physicians, c/o Transworld Systems, Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 518465777 | + Email/Text: megan.harper@phila.gov | | |
| | | Mar 19 2021 21:14:00 | City of Philadelphia, Department of Revenue, 1401 John F. Kennedy Boulevard, Philadelphia, PA 19102-1697 |
| 518465778 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Mar 19 2021 21:12:00 | Comenity Bank/Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 518465781 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Mar 19 2021 21:11:00 | IRS, Department of the Treasury, Cincinnati, OH 45999-0025 |
| 518568518 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Mar 19 2021 21:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518465790 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 19 2021 21:11:00 | PNC Bank, N.A., PO Box 5570, Cleveland, OH 44101-0570 |
| 518603578 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 19 2021 21:11:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland OH 44101 |
| 518581581 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 19 2021 23:50:08 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 518576947 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 19 2021 21:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518556742 | Email/Text: paula.tilley@nrsagency.com | | |
| | | Mar 19 2021 21:10:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 518465796 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 19 2021 23:48:35 | Syncb/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 518468245 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 19 2021 23:48:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518515172 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518503131 | *+ | Internal Revenue Service, P.O. Box 7317, Philadelphia PA 19101-7317 |
| 518503130 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1                               User: admin                               Page 3 of 3
Date Rcvd: Mar 19, 2021                          Form ID: plncf13                          Total Noticed: 46

Date: Mar 21, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian Del Toro | on behalf of Creditor PNC Bank  National Association cdeltoro@martonelaw.com, bky@martonelaw.com |
| Christian Del Toro | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Defendant Sandra J. May mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Debtor Sandra J. May mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Attorney Eric J. Clayman mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Frank J Martone | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank  National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 106  LLC keingorn@dbblegal.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 105  LLC keingorn@dbblegal.com |
| Kyle Francis Eingorn | on behalf of Plaintiff McCormick 106  LLC keingorn@dbblegal.com |
| Michael E. Brown | on behalf of Creditor McCormick 106  LLC mbrown@dbblegal.com |
| Michael E. Brown | on behalf of Creditor McCormick 105  LLC mbrown@dbblegal.com |
| Rebecca K. McDowell | on behalf of Creditor JERSEY SHORE FEDERAL CREDIT UNION rmcdowell@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17