UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JENKINS & CLAYMAN
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorneys for Debtor

Order Filed on April 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sandra J. May,
Debtor

| | |
|---|---|
| Case No.: | 19-27812 |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
**(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: April 29, 2021

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of  Jenkins & Clayman  for a reduction of time for a hearing on  Motion to Approve Sale of Real Estate  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  5/3/2021  at  10:00am  in the United States Bankruptcy Court,  400 Cooper Street Camden, NJ 08101 , Courtroom No.  4C .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: overnight (email by consent notice) on secured creditors.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  secured creditors, chapter 13 trustee 

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27812-JNP |
| Sandra J. May | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

**Recip ID      Recipient Name and Address**
db              + Sandra J. May, 9 Brandywine Court, Egg Harbor Township, NJ 08234-4882

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:

**Name                Email Address**

Christian Del Toro
    on behalf of Creditor PNC Bank  National Association cdeltoro@martonelaw.com, bky@martonelaw.com

Christian Del Toro
    on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
    on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
    on behalf of Defendant Sandra J. May mail@jenkinsclayman.com  connor@jenkinsclayman.com

Eric Clayman
    on behalf of Debtor Sandra J. May mail@jenkinsclayman.com  connor@jenkinsclayman.com

Eric Clayman
    on behalf of Attorney Eric J. Clayman mail@jenkinsclayman.com  connor@jenkinsclayman.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Frank J Martone
 on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com

Isabel C. Balboa
 on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
 ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin Gordon McDonald
 on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kyle Francis Eingorn
 on behalf of Creditor McCormick 105 LLC keingorn@dbblegal.com

Kyle Francis Eingorn
 on behalf of Plaintiff McCormick 106 LLC keingorn@dbblegal.com

Kyle Francis Eingorn
 on behalf of Creditor McCormick 106 LLC keingorn@dbblegal.com

Michael E. Brown
 on behalf of Creditor McCormick 105 LLC mbrown@dbblegal.com

Michael E. Brown
 on behalf of Creditor McCormick 106 LLC mbrown@dbblegal.com

Rebecca K. McDowell
 on behalf of Creditor JERSEY SHORE FEDERAL CREDIT UNION rmcdowell@slgcollect.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17