UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JENKINS & CLAYMAN
Eric J Clayman
Attorney for the debtor
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for Debtor

Order Filed on May 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sandra May
Debtor

Case No.: 19-27812

Chapter: 13

Judge: JNP

## ORDER AUTHORIZING RETENTION OF

James Chiodetti

The relief set forth on the following page is **ORDERED**.

**DATED: May 6, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____James Chiodetti_____
as _____Real Estate Agent_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Kershaw Realty
   8107 Ridge Ave
   Philadelphia, PA 19128

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-27812-JNP
Sandra J. May  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: May 06, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

**Recip ID**    **Recipient Name and Address**
db     + Sandra J. May, 9 Brandywine Court, Egg Harbor Township, NJ 08234-4882

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

**Name**    **Email Address**

Christian Del Toro
    on behalf of Creditor PNC Bank National Association cdeltoro@martonelaw.com, bky@martonelaw.com

Christian Del Toro
    on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
    on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
    on behalf of Defendant Sandra J. May mail@jenkinsclayman.com  connor@jenkinsclayman.com

Eric Clayman
    on behalf of Debtor Sandra J. May mail@jenkinsclayman.com  connor@jenkinsclayman.com

Eric Clayman
    on behalf of Attorney Eric J. Clayman mail@jenkinsclayman.com  connor@jenkinsclayman.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Frank J Martone
 on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

Isabel C. Balboa
 on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
 ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
 on behalf of Creditor PNC Bank  National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kyle Francis Eingorn
 on behalf of Creditor McCormick 105  LLC keingorn@dbblegal.com

Kyle Francis Eingorn
 on behalf of Plaintiff McCormick 106  LLC keingorn@dbblegal.com

Kyle Francis Eingorn
 on behalf of Creditor McCormick 106  LLC keingorn@dbblegal.com

Michael E. Brown
 on behalf of Creditor McCormick 105  LLC mbrown@dbblegal.com

Michael E. Brown
 on behalf of Creditor McCormick 106  LLC mbrown@dbblegal.com

Rebecca K. McDowell
 on behalf of Creditor JERSEY SHORE FEDERAL CREDIT UNION rmcdowell@slgcollect.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17