| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on June 17, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re<br>Sandra May<br>debtors | Case No.: 19-27812<br>Chapter: 13<br>Hearing Date: 11/12/19- 3/17/21<br>Judge: JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: June 17, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $ 5882.05 for services rendered and expenses in the amount of $ 0.00 for a total of $5882.05. The allowance is payable:

   X  through the Chapter 13 plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $ n/a per month for n/a months to allow for payment of the above fee.