UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

| | |
|---|---|
| In Re | Case No.: 19-27812 |
| Sandra May | Chapter: 13 |
| debtors | Hearing Date: 11/12/19- 3/17/21 |
| | Judge: JNP |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: June 17, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Jenkins & Clayman _____ , the applicant, is allowed a fee of $  5882.05      for services rendered and expenses in the amount of $  0.00    for a total of  $5882.05. The allowance is payable:

X   through the Chapter 13 plan as an administrative priority.

____ outside the plan.

The debtor's monthly plan is modified to require a payment of  $  n/a    per month for    n/a   months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-27812-JNP

Sandra J. May                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                              Page 1 of 2
Date Rcvd: Jun 17, 2021                       Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

**Recip ID**            **Recipient Name and Address**
db              + Sandra J. May, 9 Brandywine Court, Egg Harbor Township, NJ 08234-4882

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Christian Del Toro | on behalf of Creditor PNC Bank  National Association cdeltoro@martonelaw.com, bky@martonelaw.com |
| Christian Del Toro | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Defendant Sandra J. May mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Debtor Sandra J. May mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Attorney Eric J. Clayman mail@jenkinsclayman.com  connor@jenkinsclayman.com |

Frank J Martone

on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

Isabel C. Balboa

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald

on behalf of Creditor PNC Bank  National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kyle Francis Eingorn

on behalf of Creditor McCormick 105  LLC keingorn@dbblegal.com

Kyle Francis Eingorn

on behalf of Plaintiff McCormick 106  LLC keingorn@dbblegal.com

Kyle Francis Eingorn

on behalf of Creditor McCormick 106  LLC keingorn@dbblegal.com

Michael E. Brown

on behalf of Creditor McCormick 105  LLC mbrown@dbblegal.com

Michael E. Brown

on behalf of Creditor McCormick 106  LLC mbrown@dbblegal.com

Rebecca K. McDowell

on behalf of Creditor JERSEY SHORE FEDERAL CREDIT UNION rmcdowell@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 17