UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Sandra May,<br><br>Debtor | Case No.: 19-27812<br>Chapter: 13<br>Judge: JNP |

## NOTICE OF PROPOSED PRIVATE SALE

_____Sandra May_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, U.S. Bankruptcy Court<br>U.S. Post Office & Courthouse Building<br>P.O. Box 2067<br>Camden, New Jersey 08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___September 7, 2021___ at ___11:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___4C___, ___400 Cooper Street, Camden, New Jersey___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 590 Livezey Street<br>Philadelphia, PA 19128-2451 |
|---|---|

| Proposed Purchaser: | Brendan William White, Kevin Michael White, Jennifer White |
|---|---|

| Sale price: | $285,000.00 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | James Chiodetti |
|---|---|
| Amount to be paid: | 6% commission (may be shared with cooperating broker) |
| Services rendered: | Real Estate Agent<br>---<br>Name of Professional: Jenkins and Clayman<br>Amount to be paid: $1,500 (to be held in Trust pending Court approval)<br>Services rendered: Bankruptcy-related legal services |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Jenkins & Clayman

Address: 412 White Horse Pike, Audubon, New Jersey, 08106

Telephone No.: (856) 546-9696

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-27812-JNP
Sandra J. May                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                                 Page 1 of 3
Date Rcvd: Jul 26, 2021                  Form ID: pdf905                             Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra J. May, 9 Brandywine Court, Egg Harbor Township, NJ 08234-4882 |
| cr | + | CONSUMER DEPARTMENT PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101-4982 |
| cr | + | JERSEY SHORE FEDERAL CREDIT UNION, c/o Saldutti Law Group, 800 North Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |
| r | + | James Chiodetti, Kershaw Realty, 8107 Ridge Ave, Philadelphia, PA 19128-2901 |
| cr | + | McCormick 105, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| cr | + | McCormick 106, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 518465771 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518465770 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518511922 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518465772 | | Bacharach Institute Rehab, 61 West Jimmie Leeds Road, PO Box 723, Pomona, NJ 08240-0723 |
| 518465773 | | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 518465776 | | Carowinds, 300 Carowinds Boulevard, Charlotte, NC 28273 |
| 518465779 | + | Fedloan Servicing, PO BOX 60610, Harrisburg, PA 17106-0610 |
| 518465780 | | Infections Limited East, P.C., 2106 New Road, Suite F1, Linwood, NJ 08221-1053 |
| 518593796 | + | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518465782 | + | Jersey Shore Federal Credit Union, Hamilton Mall, 4403 Black Horse Pike #2075, Mays Landing, NJ 08330-3178 |
| 518465783 | | Labcorp Holdings, PO Box 2240, Burlington, NC 27216-2240 |
| 518465784 | + | Laurel J. Lawson, MSW, 2307 West Cone Blvd., #208, Greensboro, NC 27408-4065 |
| 518465787 | + | McCormick 105, LLC, PO Box 1611, Cockeysville, MD 21030-7611 |
| 518465786 | + | McCormick 105, LLC, c/o BSI Financial Services, 11350 McCormick Road, Suite 902, Hunt Valley, MD 21031-1002 |
| 518465785 | + | McCormick 105, LLC, JSDC Law Offices, Kimberly Bonner, Esq., 11 East Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 518465789 | + | McCormick 106, LLC, c/o Dembo, Brown & Burns, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 518465788 | + | McCormick 106, LLC, 11350 McCormick Road, Suite 902, Hunt Valley, MD 21031-1002 |
| 518477087 | + | PNC Bank, National Association, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518465791 | + | Precision Oral Surgery, LLC, Dental Specialty Ctr of Willingboro, 215 Sunset Road, Suite 308, Willingboro, NJ 08046-1108 |
| 518521772 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518465792 | + | Samuel Krantz, Esquire, 450 Bay Avenue, Somers Point, NJ 08244-2656 |
| 518465793 | + | Shore Medical Center, c/o Nationwide Recovery Service, 545 West Inman Street, Cleveland, TN 37311-1768 |
| 518465794 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 518465795 | | State of New Jersey, Division of Taxation, Federal/NJ State Offset Program, PO Box 283, Trenton, NJ 08646-0283 |
| 518465797 | + | Utilities Employees FCU, PO Box 14864, 11 Meridian Boulevard, Reading, PA 19610-3200 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 26 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 26 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518582374 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2021 20:42:04 | Ashley Funding Services, LLC, Resurgent Capital |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2021 | Form ID: pdf905 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518465775 | | Email/Text: csd1clientservices@cboflanc.com | Jul 26 2021 20:26:00 | Bayfront Emergency Physicians, c/o Credit Bureau of Lancaster County, PO Box 1271, Lancaster, PA 17608-1271 |
| 518465774 | | Email/Text: bankruptcydepartment@tsico.com | Jul 26 2021 20:26:00 | Bayfront Emergency Physicians, c/o Transworld Systems, Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 518465777 | + | Email/Text: megan.harper@phila.gov | Jul 26 2021 20:26:00 | City of Philadelphia, Department of Revenue, 1401 John F. Kennedy Boulevard, Philadelphia, PA 19102-1697 |
| 518465778 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 20:26:00 | Comenity Bank/Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 518465781 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 26 2021 20:26:00 | IRS, Department of the Treasury, Cincinnati, OH 45999-0025 |
| 518568518 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2021 20:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518465790 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2021 20:26:00 | PNC Bank, N.A., PO Box 5570, Cleveland, OH 44101-0570 |
| 518603578 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2021 20:26:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland OH 44101 |
| 518581581 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2021 20:42:10 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 518576947 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2021 20:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518556742 | | Email/Text: paula.tilley@nrsagency.com | Jul 26 2021 20:26:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 518465796 | | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 20:42:16 | Syncb/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 518468245 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 20:42:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518515172 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518503131 | *+ | Internal Revenue Service, P.O. Box 7317, Philadelphia PA 19101-7317 |
| 518503130 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 26, 2021 | Form ID: pdf905 | Total Noticed: 47 |

Date: Jul 28, 2021  Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Christian Del Toro
> on behalf of Creditor PNC Bank National Association cdeltoro@martonelaw.com, bky@martonelaw.com

Christian Del Toro
> on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
> on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
> on behalf of Defendant Sandra J. May mail@jenkinsclayman.com connor@jenkinsclayman.com

Eric Clayman
> on behalf of Debtor Sandra J. May mail@jenkinsclayman.com connor@jenkinsclayman.com

Eric Clayman
> on behalf of Attorney Eric J. Clayman mail@jenkinsclayman.com connor@jenkinsclayman.com

Frank J Martone
> on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com

Isabel C. Balboa
> on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
> ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin Gordon McDonald
> on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kyle Francis Eingorn
> on behalf of Creditor McCormick 106 LLC keingorn@dbblegal.com

Kyle Francis Eingorn
> on behalf of Creditor McCormick 105 LLC keingorn@dbblegal.com

Kyle Francis Eingorn
> on behalf of Plaintiff McCormick 106 LLC keingorn@dbblegal.com

Michael E. Brown
> on behalf of Creditor McCormick 106 LLC mbrown@dbblegal.com

Michael E. Brown
> on behalf of Creditor McCormick 105 LLC mbrown@dbblegal.com

Rebecca K. McDowell
> on behalf of Creditor JERSEY SHORE FEDERAL CREDIT UNION rmcdowell@slgcollect.com

U.S. Trustee
> USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17