# JENKINS & CLAYMAN

JEFFREY E. JENKINS *✧
ERIC J CLAYMAN ○
—
RHONDI LYNN SCHWARTZ○

* BOARD CERTIFIED-CONSUMER
BANKRUPTCY LAW-AMERICAN BOARD OF
CERTIFICATION APPROVED BY THE
AMERICAN BAR ASSOCIATION
✧ADMITTED TO PA & NJ BARS
○ADMITTED TO NJ BAR

ATTORNEYS AT LAW

412 WHITE HORSE PIKE

AUDUBON, N.J. 08106

(856) 546-9696

FAX (856) 546-7013

EMAIL: mail@jenkinsclayman.com

BRANCH OFFICES
(BY APPOINTMENT ONLY)

1675 ROUTE 533, SUITE 102
TRENTON/HAMILTON, N.J. 08619
—
1125 ATLANTIC AVE., SUITE 536
ATLANTIC CITY, N.J. 08401
—
120 N. EIGHTH STREET
VINELAND, N.J. 08360
—
645 HIGHWAY 18, SUITE 117 B
EAST BRUNSWICK, N.J. 08616

September 1, 2021

Honorable Jerrold N. Poslusny, U.S.B.J.
U.S. Bankruptcy Court
P.O. Box 2067
Camden, NJ 08101-2067
Sent via e-mail to: chambers_of_jnp@njb.uscourts.gov

    re:    Our Client: Sandra May
           Chapter 13 Case No: 19-27812
           Motion to Sell Real Estate
           Hearing Date: September 7, 2021 at 11:00 A.M.

Dear Judge Poslusny,

      As Your Honor is aware, this office represents Sandra May in the Chapter 13 bankruptcy case listed above. We have filed a Motion to Approve the Sale of property in Philadelphia and the motion is scheduled to be heard by Your Honor on September 7, 2021.

      Two objections were filed by two secured creditors. One objection was filed by Kyle Eingorn, Esquire on behalf of his client McCormick 105 LLC and this objection has been withdrawn. The second objection has been filed by Christian Del Toro, Esquire on behalf of his client PNC Bank. The objection relates to the fact that PNC Bank has a lien against the property to be sold and must be paid in full at settlement. We believe the proposed form of order, which is the Court's standard order, addresses Mr. Del Toro's objection and by copy of this correspondence we are asking Mr. Del Toro to withdraw his client's objection.

      We respectfully request Your Honor consider this matter unopposed.

      If Mr. Del Toro's objection is to be considered, I am not available on September 7, 2021 due to the Jewish holiday and ask for the matter to be heard on Thursday or Friday of that week or the following motion day September 14, 2021. Again, we do believe that the proposed order does address Mr. Del Toro's objection.

Thank you for your usual kind consideration

Respectfully yours,

*/s/ Eric J Clayman*

Eric J Clayman

EJC/ks
Cc:    Isabel C. Balboa
       Christian Del Toro, Esquire
       Kyle Eingorn, Esquire
       Sandra May