UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
856-546-9696

By: Eric J Clayman, Esq

Order Filed on September 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Sandra J. May,
        debtor

Case No.: 19-27812

Hearing Date: 09/07/2021

Chapter: 13

Judge: Jerrold N. Poslusny, Jr.

**AMENDED ORDER AUTHORIZING
SALE OF REAL PROPERTY**

| **Recommended Local Form:** | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the follow

**DATED: September 15, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as ____590 Livezey Street, Philadelphia, Pennsylvania 19128____ (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

> **Name of Professional**: James Chiodetti, Kershaw Real Estate
> Amount to be paid:    6% (which may be shared with the cooperating broker)
> Services Rendered:    Real Estate Agent

> **Name of Professional**: Jenkins and Clayman
> Amount to be paid:    $1,500 (to be held in Trust pending Court approval)
> Services Rendered:    Bankruptcy-related legal services

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case. If non-exempt, these proceeds will increase the base to unsecured creditors.

6. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

7. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 19-27812-JNP
Sandra J. May                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sandra J. May, 9 Brandywine Court, Egg Harbor Township, NJ 08234-4882 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian Del Toro | on behalf of Creditor PNC Bank National Association cdeltoro@martonelaw.com, bky@martonelaw.com |
| Christian Del Toro | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Defendant Sandra J. May mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Eric Clayman | on behalf of Debtor Sandra J. May mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Eric Clayman | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Attorney Eric J. Clayman mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Frank J Martone | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 105 LLC keingorn@dbblegal.com |
| Kyle Francis Eingorn | on behalf of Plaintiff McCormick 106 LLC keingorn@dbblegal.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 106 LLC keingorn@dbblegal.com |
| Michael E. Brown | on behalf of Creditor McCormick 105 LLC mbrown@dbblegal.com |
| Michael E. Brown | on behalf of Creditor McCormick 106 LLC mbrown@dbblegal.com |
| Rebecca K. McDowell | on behalf of Creditor JERSEY SHORE FEDERAL CREDIT UNION rmcdowell@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17