Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-27812 (JNP)**

Sandra J. May  
9 Brandywine Court  
Egg Harbor Township, NJ  08234

Monthly Payment: $680.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2021 | $340.00 | 01/26/2021 | $340.00 | 02/05/2021 | $340.00 | 02/24/2021 | $340.00 |
| 03/09/2021 | $340.00 | 03/23/2021 | $340.00 | 04/06/2021 | $340.00 | 04/21/2021 | $340.00 |
| 05/06/2021 | $340.00 | 05/20/2021 | $340.00 | 06/02/2021 | $340.00 | 06/22/2021 | $340.00 |
| 07/23/2021 | $340.00 | 08/10/2021 | $340.00 | 08/24/2021 | $340.00 | 09/09/2021 | $340.00 |
| 09/24/2021 | $340.00 | 10/06/2021 | $340.00 | 10/26/2021 | $340.00 | 11/10/2021 | $340.00 |
| 11/24/2021 | $340.00 | 12/14/2021 | $340.00 | 12/28/2021 | $340.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SANDRA J. MAY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,065.00 | $4,065.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $5,882.05 | $3,425.84 | $2,456.21 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $1,619.02 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $304.96 | $0.00 | $0.00 | $0.00 |
| 3 | BACHARACH INSTITUTE REHAB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BARCLAYS BANK DELAWARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BAYFRONT EMERGENCY PHYSICIANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BAYFRONT EMERGENCY PHYSICIANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAROWINDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $39.98 | $0.00 | $0.00 | $0.00 |
| 10 | FEDLOAN SERVICING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 28 | $16,936.56 | $0.00 | $16,936.56 | $0.00 |
| 12 | INFECTIONS LIMITED EAST, P.C. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | JERSEY SHORE F.C.U. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ASHLEY FUNDING SERVICES, LLC | 33 | $273.00 | $0.00 | $0.00 | $0.00 |
| 15 | LAUREL J. LAWSON, MSW | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MC CORMICK 105, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MC CORMICK 106, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MC CORMICK 106, LLC | 33 | $14,576.19 | $0.00 | $0.00 | $0.00 |
| 19 | MC CORMICK 106, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MC CORMICK 106, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PNC BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PRECISION ORAL SURGERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SAMUEL KRANTZ, ESQUIRE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | SHORE MEDICAL CENTER | 33 | $444.66 | $0.00 | $0.00 | $0.00 |
| 25 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | STATE OF NEW JERSEY | 33 | $6,030.37 | $0.00 | $0.00 | $0.00 |
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $998.14 | $0.00 | $0.00 | $0.00 |
| 28 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | UTILITIES EMPLOYEES CREDIT UNION | 24 | $9,783.00 | $7,503.16 | $2,279.84 | $0.00 |
| 30 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | PNC BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | DEPARTMENT OF THE TREASURY | 33 | $3,456.14 | $0.00 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,912.93 | $0.00 | $0.00 | $0.00 |
| 35 | UTILITIES EMPLOYEES CREDIT UNION | 33 | $990.79 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 17.00 | $0.00 |
| 03/01/2021 | Paid to Date | $11,220.00 |
| 04/01/2021 | 42.00 | $680.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,820.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $934.32 |
| Arrearages: | $0.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**