# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**

*\*Certified Bankruptcy Assistant*  
†*Fellow, American College of Bankruptcy*

November 3, 2022

Clerk of the Court  
UNITED STATES BANKRUPTCY COURT  
Mitchell H. Cohen Federal Courthouse  
1 John F. Gerry Plaza  
4th and Cooper, 4th Floor  
Camden, NJ 08101

RE:   Chapter 13 Bankruptcy  
          Debtor's Name: Sandra J. May  
          Case No: 19-27812 (JNP)

Dear Judge Jerrold N. Poslusny Jr.,

Please be advised that on October 17, 2022, Plan Complete Letter (docket #125) was filed with the court in reference to the above captioned case. Please note that this was filed in error. Therefore, please withdraw the Plan Complete Letter (docket #125) which was filed on October 17, 2022, 2022. Should you have any questions regarding this matter please feel free to contact this office.

As always, the courtesy of the court is appreciated.

Very truly yours,

OFFICE OF THE CHAPTER 13  
STANDING TRUSTEE

/s/ Isabel C. Balboa  
Isabel C. Balboa  
Chapter 13 Standing Trustee

ICB/ad

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:

P.O. Box 1978  
Memphis, TN 38101-1978

Enclosure

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page **2** of **2**