UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on January 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sandra J. May

| | |
|---|---|
| Case No.: | 19-27812 |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: January 19, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____Jeffrey Jenkins, Esq_____ for the reduction of time for a hearing on  Motion to Approve Post-Petition Financing  _____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____1/24/2023_____ at __11am__ in the United States Bankruptcy Court, _____400 Cooper Street Camden, NJ 08101_____, Courtroom No.  4C  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Serve McCormick and any other party that entered an appearance by overnight or email

E-Mail must be by consent

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Chapter 13 Trustee

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27812-JNP |
| Sandra J. May | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra J. May, 9 Brandywine Court, Egg Harbor Township, NJ 08234-4882 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 21, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian Del Toro | |
| | on behalf of Creditor PNC Bank  National Association cdeltoro@martonelaw.com, bky@martonelaw.com |
| Christian Del Toro | |
| | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | |
| | on behalf of Defendant Sandra J. May mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Frank J Martone | |
| | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com |
| Isabel C. Balboa | |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Jan 19, 2023 Form ID: pdf903 Total Noticed: 1

| | |
|---|---|
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Attorney Eric J. Clayman mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor Sandra J. May mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank  National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 105  LLC keingorn@dbblegal.com |
| Kyle Francis Eingorn | on behalf of Plaintiff McCormick 106  LLC keingorn@dbblegal.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 106  LLC keingorn@dbblegal.com |
| Michael E. Brown | on behalf of Creditor McCormick 105  LLC mbrown@dbblegal.com |
| Michael E. Brown | on behalf of Creditor McCormick 106  LLC mbrown@dbblegal.com |
| Rebecca K. McDowell | on behalf of Creditor JERSEY SHORE FEDERAL CREDIT UNION rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18