| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS LAW GROUP**<br>Jeffrey E. Jenkins, Esq.<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | Order Filed on January 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Sandra J. May,<br>Debtor | Case No.:    19-27812<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:    Honorable Jerrold N. Poslusny, Jr. |

### ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: January 25, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Sandra J. May |
| Case No: | 19-27812 JNP |
| Caption of Order: | Order Approving Post-Petition Financing |

Upon consideration of debtor's motion for an order approving post-petition financing and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The debtor is permitted to enter into post-petition financing