| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS LAW GROUP**<br>Jeffrey E. Jenkins, Esq.<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | Order Filed on January 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Sandra J. May,<br>Debtor | Case No.:      19-27812<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:      Honorable Jerrold N. Poslusny, Jr. |

**ORDER APPROVING POST-PETITION FINANCING**

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: January 25, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Sandra J. May |
| Case No: | 19-27812 JNP |
| Caption of Order: | Order Approving Post-Petition Financing |

Upon consideration of debtor's motion for an order approving post-petition financing and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The debtor is permitted to enter into post-petition financing

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 19-27812-JNP

Sandra J. May                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                                                     Page 1 of 2
Date Rcvd: Jan 25, 2023               Form ID: pdf903                                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

**Recip ID          Recipient Name and Address**
db                   + Sandra J. May, 9 Brandywine Court, Egg Harbor Township, NJ 08234-4882

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023                      Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:**

**Name**                     **Email Address**

Christian Del Toro
             on behalf of Creditor PNC Bank  National Association cdeltoro@martonelaw.com, bky@martonelaw.com

Christian Del Toro
             on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
             on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
             on behalf of Defendant Sandra J. May mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Frank J Martone
             on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

Isabel C. Balboa

| Name | Details |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Attorney Eric J. Clayman mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor Sandra J. May mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 105 LLC keingorn@dbblegal.com |
| Kyle Francis Eingorn | on behalf of Plaintiff McCormick 106 LLC keingorn@dbblegal.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 106 LLC keingorn@dbblegal.com |
| Michael E. Brown | on behalf of Creditor McCormick 105 LLC mbrown@dbblegal.com |
| Michael E. Brown | on behalf of Creditor McCormick 106 LLC mbrown@dbblegal.com |
| Rebecca K. McDowell | on behalf of Creditor JERSEY SHORE FEDERAL CREDIT UNION rmcdowell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18