UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
**JENKINS & CLAYMAN**
Eric J Clayman
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

In Re:

Sandra May

Debtor

Case No.:       19-27812/JNP

Chapter:        13

Hearing Date:   February 3, 2021

Judge:          Jerrold N. Poslusny, Jr.

## STIPULATION RESOLVING OBJECTION TO CONFIRMATION & MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is hereby ORDERED.

Page 2
Debtor: Sandra May
Case No. 19-27812-JNP
Caption of Order: Stipulation Resolving Objection to Confirmation and Motion for Relief from the Stay

---

This matter having been brought before the court upon the Chapter 13 plan filed by Jenkins and Clayman, attorneys for the Debtor Sandra May (the "Debtor") and opposition have been filed by Dembo, Brown & Burns LLP on behalf of Creditor McCormick 106 LLC (the "Creditor") and the Creditor having filed a motion for relief from the stay and Debtor having filed opposition and the parties having resolved both the objection and motion for relief and for good cause having been shown
It is Stipulated that:

1) The objection to confirmation and the motion for relief from the stay are hereby resolved with the Creditor consenting to the Chapter 13 plan as modified by this order and the stay remaining in place as modified by this order.
2) Creditor has filed a secured proof of claim in the amount of $52,181.19 which is hereby allowed as a wholly secured claim. As a result of the pre-petition judgment the claim is secured by the real property located at 9 Brandywine Court Egg Harbor Township, NJ.
3) Debtor shall pay the Creditor's claim in full within the first 36 months of the plan.
4) The Debtor shall pay the Chapter 13 Trustee each month. If a payment is missed by more than 30 days the Creditor may certify to this default and submit an order for relief from the stay with notice to Debtor and Debtor's counsel.
5) Debtor shall pay the first mortgage each month. If a payment is missed by more than 30 days the Creditor may certify to this default and submit an order for relief from the stay with notice to Debtor and Debtor's counsel.

/s/Eric J. Clayman
Eric J. Clayman, Esquire
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
*jenkins.clayman@verizon.net*
Counsel for Sandra May

/s/Kyle Eingorn
Kyle Eingorn, Esquire
1300 Route 73 Suite 205
Mount Laurel, NJ 08054
(856)-354-8866
keingorn@dbblegal.com
Counsel for McCormick 106 LLC