UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Jeffrey E. Jenkins, Esq.
JENKINS LAW GROUP
412 White Horse Pike
Audubon, NJ 08106

Order Filed on June 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: **19-27812**

Hearing Date:

Judge: JERROLD N. POSLUSNY, JR

Chapter: 13

In Re:

Sandra May

**CONSENT ORDER RESOLVING OBJECTION TO MOTION TO CONVERT CASE TO CHAPTER 7 OR IN THE ALTERNATIVE FOR RELIEF FROM THE AUTOMATIC STAY**

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: June 9, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This Matter having been brought before the Court by the filing of a notice of motion to convert case to chapter 7 or in the alternative for relief from the automatic stay by creditor, McCormick 106, LLC (the "Creditor") and opposition having been filed by the Debtor, Sandra May (the "Debtor") and the court having considered the arguments of both parties, the parties (the Creditor and the Debtor) have resolved their differences with the issues at hand as follows:

1. The amount owed to Creditor pursuant to it's judgment lien is $3,584.05 ("the payoff amount").

2. The Debtor shall have to June 16, 2023, in which to pay the Payoff Amount to creditor through it's attorney, Kyle Eingorn, Esq.

3. As long as this sum is paid by the Debtor by June 16th no more interest will accrue on the Payoff Amount.

4: The Debtor's plan is presently completed and shall be treated by the Chapter 13 Trustee as such. No further sums will be paid to the Creditor in the Debtor's Chapter 13 case by the Chapter 13 Trustee.

5. If any additional sums are, for some reason, paid by the Chapter 13 Trustee to the Creditor above the sum that has already been paid of $4,573.39, the debtor will be entitled to a credit with McCormick 106 LLC for any such Trustee payments made after May 4th, 2023.

6. If Debtor does not pay the Payoff Amount within the time herein set forth, because the Debtor has completed her Chapter 13 case, the Creditor may pursue any state law remedies that it has concerning it's judgment and lien against the Debtor.