UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Jeffrey E. Jenkins, Esq.
JENKINS LAW GROUP
412 White Horse Pike
Audubon, NJ 08106

Order Filed on June 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: **19-27812**

Hearing Date:

Judge: JERROLD N. POSLUSNY, JR

Chapter: 13

In Re:

Sandra May

**CONSENT ORDER RESOLVING OBJECTION TO MOTION TO CONVERT CASE TO CHAPTER 7 OR IN THE ALTERNATIVE FOR RELIEF FROM THE AUTOMATIC STAY**

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: June 9, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This Matter having been brought before the Court by the filing of a notice of motion to convert case to chapter 7 or in the alternative for relief from the automatic stay by creditor, McCormick 106, LLC (the "Creditor") and opposition having been filed by the Debtor, Sandra May (the "Debtor") and the court having considered the arguments of both parties, the parties (the Creditor and the Debtor) have resolved their differences with the issues at hand as follows:

1. The amount owed to Creditor pursuant to it's judgment lien is $3,584.05 ("the payoff amount").

2. The Debtor shall have to June 16, 2023, in which to pay the Payoff Amount to creditor through it's attorney, Kyle Eingorn, Esq.

3. As long as this sum is paid by the Debtor by June 16th no more interest will accrue on the Payoff Amount.

4: The Debtor's plan is presently completed and shall be treated by the Chapter 13 Trustee as such. No further sums will be paid to the Creditor in the Debtor's Chapter 13 case by the Chapter 13 Trustee.

5. If any additional sums are, for some reason, paid by the Chapter 13 Trustee to the Creditor above the sum that has already been paid of $4,573.39, the debtor will be entitled to a credit with McCormick 106 LLC for any such Trustee payments made after May 4th, 2023.

6. If Debtor does not pay the Payoff Amount within the time herein set forth, because the Debtor has completed her Chapter 13 case, the Creditor may pursue any state law remedies that it has concerning it's judgment and lien against the Debtor.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                         Case No. 19-27812-JNP
Sandra J. May                                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                 User: admin                 Page 1 of 2
Date Rcvd: Jun 09, 2023           Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

**Recip ID         Recipient Name and Address**
db                   + Sandra J. May, 9 Brandywine Court, Egg Harbor Township, NJ 08234-4882

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2023                     Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:**

**Name                     Email Address**

Christian Del Toro
                     on behalf of Creditor PNC Bank  National Association cdeltoro@cdeltorolaw.com, bky@martonelaw.com

Christian Del Toro
                     on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com

Denise E. Carlon
                     on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
                     on behalf of Defendant Sandra J. May mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Frank J Martone
                     on behalf of Creditor CONSUMER DEPARTMENT PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

Isabel C. Balboa
                     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

District/off: 0312-1                        User: admin                        Page 2 of 2
Date Rcvd: Jun 09, 2023                  Form ID: pdf903                  Total Noticed: 1

Isabel C. Balboa
         ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
         on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jeffrey E. Jenkins
         on behalf of Attorney Eric J. Clayman mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins
         on behalf of Debtor Sandra J. May mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Kevin Gordon McDonald
         on behalf of Creditor PNC Bank  National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kyle Francis Eingorn
         on behalf of Creditor McCormick 105  LLC keingorn@dbblegal.com

Kyle Francis Eingorn
         on behalf of Plaintiff McCormick 106  LLC keingorn@dbblegal.com

Kyle Francis Eingorn
         on behalf of Creditor McCormick 106  LLC keingorn@dbblegal.com

Michael E. Brown
         on behalf of Creditor McCormick 105  LLC mbrown@dbblegal.com

Michael E. Brown
         on behalf of Creditor McCormick 106  LLC mbrown@dbblegal.com

Rebecca K. McDowell
         on behalf of Creditor JERSEY SHORE FEDERAL CREDIT UNION rmcdowell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee
         USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18