**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sandra J. May<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5789<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–27812–JNP

# Order of Discharge                                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Sandra J. May
> aka Sandra Joyce May, dba Shaybry
> Enterprises, LLC t/a Bounce U

8/15/23                                                    **By the court:** Jerrold N. Poslusny Jr.
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Sandra J. May  
    Debtor

Case No. 19-27812-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 15, 2023      Form ID: 3180W      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra J. May, 9 Brandywine Court, Egg Harbor Township, NJ 08234-4882 |
| cr | + | CONSUMER DEPARTMENT PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101-4982 |
| cr | + | JERSEY SHORE FEDERAL CREDIT UNION, c/o Saldutti Law Group, 800 North Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |
| r | + | James Chiodetti, Kershaw Realty, 8107 Ridge Ave, Philadelphia, PA 19128-2901 |
| cr | + | McCormick 105, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| cr | + | McCormick 106, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 518465772 | | Bacharach Institute Rehab, 61 West Jimmie Leeds Road, PO Box 723, Pomona, NJ 08240-0723 |
| 518465775 | | Bayfront Emergency Physicians, c/o Credit Bureau of Lancaster County, PO Box 1271, Lancaster, PA 17608-1271 |
| 518465776 | | Carowinds, 300 Carowinds Boulevard, Charlotte, NC 28273 |
| 518465779 | + | Fedloan Servicing, PO BOX 60610, Harrisburg, PA 17106-0610 |
| 518465780 | | Infections Limited East, P.C., 2106 New Road, Suite F1, Linwood, NJ 08221-1053 |
| 518593796 | + | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 518465782 | + | Jersey Shore Federal Credit Union, Hamilton Mall, 4403 Black Horse Pike #2075, Mays Landing, NJ 08330-3178 |
| 518465783 | | Labcorp Holdings, PO Box 2240, Burlington, NC 27216-2240 |
| 518465784 | + | Laurel J. Lawson, MSW, 2307 West Cone Blvd., #208, Greensboro, NC 27408-4065 |
| 518465787 | + | McCormick 105, LLC, PO Box 1611, Cockeysville, MD 21030-7611 |
| 518465786 | + | McCormick 105, LLC, c/o BSI Financial Services, 11350 McCormick Road, Suite 902, Hunt Valley, MD 21031-1002 |
| 518465785 | + | McCormick 105, LLC, JSDC Law Offices, Kimberly Bonner, Esq., 11 East Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 518465789 | + | McCormick 106, LLC, c/o Dembo, Brown & Burns, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 518465788 | + | McCormick 106, LLC, 11350 McCormick Road, Suite 902, Hunt Valley, MD 21031-1002 |
| 518477087 | + | PNC Bank, National Association, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518465791 | + | Precision Oral Surgery, LLC, Dental Specialty Ctr of Willingboro, 215 Sunset Road, Suite 308, Willingboro, NJ 08046-1108 |
| 518521772 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518465792 | + | Samuel Krantz, Esquire, 450 Bay Avenue, Somers Point, NJ 08244-2656 |
| 518465794 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 518465795 | | State of New Jersey, Division of Taxation, Federal/NJ State Offset Program, PO Box 283, Trenton, NJ 08646-0283 |
| 518465797 | + | Utilities Employees FCU, PO Box 14864, 11 Meridian Boulevard, Reading, PA 19610-3200 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518465770 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2023 20:48:04 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518465771 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2023 21:05:21 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518511922 | | Email/PDF: bncnotices@becket-lee.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: 3180W | Total Noticed: 47 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 15 2023 21:05:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518582374 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 21:03:06 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518465773 | | EDI: TSYS2 | Aug 16 2023 00:24:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 518465774 | | Email/Text: bankruptcydepartment@tsico.com | Aug 15 2023 20:47:00 | Bayfront Emergency Physicians, c/o Transworld Systems, Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 518465777 | + | Email/Text: megan.harper@phila.gov | Aug 15 2023 20:47:00 | City of Philadelphia, Department of Revenue, 1401 John F. Kennedy Boulevard, Philadelphia, PA 19102-1697 |
| 518465778 | | EDI: WFNNB.COM | Aug 16 2023 00:24:00 | Comenity Bank/Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 518465781 | | EDI: IRS.COM | Aug 16 2023 00:24:00 | IRS, Department of the Treasury, Cincinnati, OH 45999-0025 |
| 518568518 | | EDI: JEFFERSONCAP.COM | Aug 16 2023 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518465790 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2023 20:45:00 | PNC Bank, N.A., PO Box 5570, Cleveland, OH 44101-0570 |
| 518603578 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2023 20:45:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland OH 44101 |
| 518581581 | | EDI: PRA.COM | Aug 16 2023 00:24:00 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 518576947 | | EDI: Q3G.COM | Aug 16 2023 00:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518556742 | | Email/Text: paula.tilley@nrsagency.com | Aug 15 2023 20:44:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 518465793 | + | Email/Text: paula.tilley@nrsagency.com | Aug 15 2023 20:44:00 | Shore Medical Center, c/o Nationwide Recovery Service, 545 West Inman Street, Cleveland, TN 37311-1768 |
| 518465796 | | EDI: RMSC.COM | Aug 16 2023 00:24:00 | Syncb/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 518468245 | + | EDI: RMSC.COM | Aug 16 2023 00:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518515172 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518503131 | *+ | Internal Revenue Service, P.O. Box 7317, Philadelphia PA 19101-7317 |
| 518503130 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 15, 2023 | Form ID: 3180W | Total Noticed: 47 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2023          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian Del Toro | on behalf of Creditor PNC Bank National Association cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Christian Del Toro | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION cdeltoro@cdeltorolaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Defendant Sandra J. May mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Frank J Martone | on behalf of Creditor CONSUMER DEPARTMENT PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Attorney Eric J. Clayman mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor Sandra J. May mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 106 LLC keingorn@dbblegal.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 105 LLC keingorn@dbblegal.com |
| Kyle Francis Eingorn | on behalf of Plaintiff McCormick 106 LLC keingorn@dbblegal.com |
| Michael E. Brown | on behalf of Creditor McCormick 106 LLC mbrown@dbblegal.com |
| Michael E. Brown | on behalf of Creditor McCormick 105 LLC mbrown@dbblegal.com |
| Rebecca K. McDowell | on behalf of Creditor JERSEY SHORE FEDERAL CREDIT UNION rmcdowell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18